| | |
|---|---|
| Edward O. Sassower, P.C. | Steven J. Reisman |
| Joshua A. Sussberg, P.C. | **KATTEN MUCHIN ROSENMAN LLP** |
| **KIRKLAND & ELLIS LLP** | 575 Madison Avenue |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | New York, New York 10022 |
| 601 Lexington Avenue | Telephone:  (212) 940-8800 |
| New York, New York 10022 | Facsimile:   (212) 940-8776 |
| Telephone:  (212) 446-4800 | |
| Facsimile:   (212) 446-4900 | |

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF EXHIBIT C TO THE CONSULTANT AGREEMENT**

**PLEASE TAKE NOTICE** that on August 9, 2019, the above-captioned debtors and debtors in possession (the "Debtors")[2] filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Enter into and Perform under the Consultant Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Continuation of Related*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819).  The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

[2]  Capitalized terms used but not defined herein have the meanings given to such terms in the Store Closing Motion.

*Non-Insider Severance Programs, and (IV) Granting Related Relief* and certain exhibits thereto, including the Consultant Agreement attached as Exhibit 1, [Docket No. 90] (the "Store Closing Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file Exhibit C to the Consultant Agreement, the Expense Budget, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Store Closing Motion and any exhibits thereto, the Expense Budget, and other pleadings may be obtained free of charge by visiting the website of Stretto at http://case.stretto.com/barneys. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: August 12, 2019<br>New York, New York | */s/ Joshua A. Sussberg, P.C.*<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>-and-<br><br>Chad J. Husnick, P.C.<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br><br>-and-<br><br>Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:  (212) 940-8800<br>Facsimile:   (212) 940-8776<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |

# EXHIBIT A

## Expense Budget

**Barney's Agent Expenses**
**Exhibit C**

| | Start Date | 8/9/2019 |
|---|---|---|
| | | $ (000's) |

**Agent Expenses**

**Advertising**
| | |
|---|---|
| Sign Package | 12 |
| Social Media Campaign | 48 |
| Email Campaign | 28 |
| Sign-Walker Program | 190 |
| **Subtotal** | **278** |

**Supervision**
| | |
|---|---|
| Supervision (1 FT, 3 PT, 1 Lead, 1 F&A and Startup Assistance) | 398 |
| Field Travel | 45 |
| Corporate Travel | 45 |
| **Subtotal** | **488** |

**FFE Budget**
| | |
|---|---|
| Supervision (4 wks at end of merchandise sale) | 46 |
| Supervision and Travel on Exhibit B stores | 41 |
| Corporate Travel | 4 |
| **Subtotal** | **91** |

**Legal** — 20

**Total Agent Expenses** — **878**