Edward O. Sassower, P.C.  
Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

-and-

Chad J. Husnick, P.C.  
W. Benjamin Winger (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

Steven J. Reisman  
**KATTEN MUCHIN ROSENMAN LLP**  
575 Madison Avenue  
New York, New York 10022  
Telephone:    (212) 940-8800  
Facsimile:    (212) 940-8776  

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | Case No. 19-36300 (CGM) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF**  
**THE APPROVED BUDGET**

**PLEASE TAKE FURTHER NOTICE** that on August 15, 2019, the Court entered the *Second Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors in Possession to Obtain Junior Lien Post-Petition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

*and Superpriority Claims, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief* [Docket No. 127] (the "Second Interim Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the approved DIP budget (the "Approved Budget"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to materially alter, amend, or modify the Amended Second Interim DIP Order; provided, that if the Amended Second Interim DIP Order is altered, amended, or modified in any materials respect, the Debtors will file a revised version of such document with the Court.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  August 15, 2019<br>New York, New York | */s/ Joshua A. Sussberg, P.C.*<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Chad J. Husnick, P.C.<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>-and-<br><br>Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:    (212) 940-8800<br>Facsimile:    (212) 940-8776<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |

# **EXHIBIT A**

**Approved Budget**

19-36300-cgm    Doc 129    Filed 08/15/19    Entered 08/15/19 11:59:09    Main Document
Pg 4 of 5

*Barneys - Weekly Cash Flow Projection*

*($ in 000s)*

| | Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual/Forecast | Actual | | | Estimate | Forecast for the Week Ended, | | | | | | |
| | Week Ending | 20-Jul | 27-Jul | 3-Aug | 10-Aug | 17-Aug | 24-Aug | 31-Aug | 7-Sep | 14-Sep | 21-Sep | 28-Sep |
| [1] | Total Cash Receipts | $10,266 | $9,663 | $9,840 | $83,923 | $151,466 | $9,295 | $10,542 | $12,306 | $15,719 | $14,003 | $14,700 |
| [2] | Total Operating Disbursements | (7,257) | (5,708) | (8,887) | (6,548) | (11,085) | (7,361) | (7,567) | (14,268) | (6,786) | (7,754) | (9,592) |
| [3] | Net P-Card | (1,948) | - | - | - | - | - | - | - | - | - | - |
| [4] | **Net Operating Cash Flows** | **$1,061** | **$3,955** | **$953** | **$77,375** | **$140,381** | **$1,934** | **$2,974** | **($1,962)** | **$8,933** | **$6,249** | **$5,108** |
| [5] | Bankruptcy Related Cash Flows | (694) | (1,831) | (3,375) | (5,957) | (6,498) | (2,634) | (2,964) | (1,934) | (1,434) | (1,184) | (1,409) |
| [6] | **Net Cash Flows** | **$367** | **$2,124** | **($2,422)** | **$71,418** | **$133,382** | **($700)** | **$11** | **($3,746)** | **$6,444** | **$5,065** | **$3,699** |
| [7] | Total Borrowing Base Availability | $169,641 | $166,350 | $167,472 | $105,917 | $206,973 | $206,952 | $201,928 | $202,213 | $198,719 | $194,400 | $188,849 |
| [8] | Less: Debt Balance prior to Advance Request | (114,020) | (111,896) | (114,318) | (64,442) | (186,364) | (186,343) | (181,821) | (182,076) | (178,930) | (175,041) | (170,044) |
| [9] | Less: Letters of Credit | (26,224) | (26,828) | (26,828) | (20,862) | - | - | - | - | - | - | - |
| [10] | Less: Restructuring Reserve | (5,000) | (5,000) | (5,000) | - | - | - | - | - | - | - | - |
| [11] | **Net Availability** | **$24,397** | **$22,626** | **$21,326** | **$20,613** | **$20,609** | **$20,609** | **$20,107** | **$20,137** | **$19,789** | **$19,360** | **$18,805** |
| [12] | **Net Availability after 10% MEA Block** | 2,433 | 1,616 | 316 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [13] | **Cash Balance** | - | - | - | 14,113 | 6,343 | 5,622 | 1,111 | (2,380) | 917 | 2,094 | 795 |
| [14] | Liquidity Credit | - | - | - | 500 | 1,000 | 1,500 | 2,000 | 2,750 | 3,000 | 3,500 | 4,000 |
| [15] | **Adjusted Total Liquidity** | **-** | **-** | **-** | **14,614** | **7,343** | **7,122** | **3,111** | **370** | **3,917** | **5,594** | **4,795** |