OFFICE OF THE UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207
(518)434-4553
Alicia M. Leonhard, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-------------------------------------------------------

| | |
|---|---|
| *In re:* | **Chapter 11** |
| **BARNEYS NEW YORK, INC., et al.,**[1] | **Case No. 19-36300 (CGM)** |
| | **(Jointly Administered)** |
| *Debtors.* | |

-------------------------------------------------------

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. Simon Property Group, L.P.
   225 West Washington Street
   Indianapolis, IN 46204
   Attn:  Ronald M. Tucker, Vice President/Bankruptcy Counsel
   Telephone (317) 263-2346
   Fax No. (317) 263-7901
   Email: rtucker@simon.com

2. Flagship 660 Owner LLC & Flagship Partners II LLC
   c/o SCF Management LLC
   1407 Broadway, 41st Floor
   New York, NY 10018
   Attn:  Robert Cayre
   Telephone (212) 789-7216
   Email: bobc@cayre.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Barneys New York, Inc. (1818); Barney's, Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819).  The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

3. PRADA USA Corp.
   610 West 52nd Street
   New York, NY 10019
   Attn: David R. Warren, Vice President/General Counsel
   Telephone (212) 307-9300
   Email: david.warren@prada.com

4. New York-New Jersey Regional Joint Board, affiliated with Workers United
   305 Seventh Avenue
   New York, NY 10001
   Attn: Fred Kaplan, Secretary-Treasurer
   Telephone (212) 475-3131
   Fax No. (212) 475-6093
   Email: fkaplan@workersunitednynj.org

5. Hilldun Corporation
   225 West 35th Street, Floor 10
   New York, NY 10001
   Attn: Gary Wassner, CEO
   Telephone (212) 244-2600
   Email: GARY@HILLDUN.COM

6. Chloe, a division of Richemont North America, Inc.
   645 Fifth Avenue, 5th Floor
   New York, NY 10022
   Attn: Alexa Geovanos, Brand President, Chloe North and South America
   Telephone (917) 606-7034
   Email: alexa.geovanos@chloe.com

7. CSS Building Services
   846 Livingston Avenue
   North Brunswick, NY 08902
   Attn: Vic Tartara, Chief Operating Officer
   Telephone (609) 655-5000
   Email: vtartara@cssbuildingservices.com

Dated: Poughkeepsie, New York
August 15, 2019.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: */s/ Alicia M. Leonhard*
Alicia M. Leonhard
Trial Attorney
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207

2

Telephone: 202.495.9929 (Direct)
Email:   Alicia.M.Leonhard@usdoj.gov