| | |
|---|---|
| Edward O. Sassower, P.C. | Steven J. Reisman |
| Joshua A. Sussberg, P.C. | **KATTEN MUCHIN ROSENMAN LLP** |
| **KIRKLAND & ELLIS LLP** | 575 Madison Avenue |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | New York, New York 10022 |
| 601 Lexington Avenue | Telephone:  (212) 940-8800 |
| New York, New York 10022 | Facsimile:   (212) 940-8776 |
| Telephone:  (212) 446-4800 | |
| Facsimile:   (212) 446-4900 | |

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 21, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   August 21, 2019, at 11:00 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Cecelia G. Morris
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 621
New York, New York 10004

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Stretto, at http://case.stretto.com/barneys. Further

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

information may be obtained via email at barneys@stretto.com, or by calling (855) 202-8711 (for domestic or Canadian callers), or internationally at (949) 346-3310.

**I.** **Matters To Be Heard.**

1. *Utilities Motion*. Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing Fee Payments to NUS Consulting Group for Services Performed, and (V) Granting Related Relief [Docket No. 15].

Objection Deadline: None.

Formal Responses Received: None.

Related Documents:

　　A.　　Amended Notice of Hearing [Docket No. 66].

Status: The hearing on this matter is going forward.

2. ***Bidding Procedures*** Motion. Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 91].

Objection Deadline: August 19, 2019 at 4:00 p.m. (prevailing Eastern Time)

Formal Responses Received:

　　A.　　Limited Objection to Debtors' Motion to Establish Bidding Procedures for the Sale of Substantially All of the Debtors' Assets [Docket No. 139].

Related Documents:

　　B.　　Debtors' Ex Parte Motion for Entry of an Order (I) Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Motion and (II) Granting Related Relief [Docket No. 87].

　　C.　　Omnibus Order Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Motion and (II) Granting Related Relief [Docket No. 95].

   D. Notice of Filing of Revised Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 144].

<u>Status</u>: The hearing on this matter is going forward.

| | |
|---|---|
| Dated: August 20, 2019<br>New York, New York | */s/ Joshua A. Sussberg, P.C.*<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>Chad J. Husnick, P.C.<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>-and-<br><br>Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8776<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |