Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
John A. Morris, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) Case No. 19-36300 (CGM) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 7030, the Official Committee of unsecured Creditors in the above-referenced bankruptcy cases shall take the following deposition at the offices of **Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022** on the following date, or at such other time and place mutually acceptable to counsel, and will continue from day to day, excluding holidays and weekends, until completed:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Saul Burian | August 28, 2019 | 9:30 a.m. (Eastern Time) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

DOCS_NY:39528.1 07982/002

The deposition by oral examination will be taken before a notary public or an officer authorized by law to administer oaths upon oral examination and will be recorded by a certified court reporter stenographically and by use of Interactive Realtime. The deposition may also be videotaped.

Dated: August 26, 2019

/s/ John A. Morris
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
John A. Morris, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Proposed Counsel to the Official Committee of Unsecured Creditors*