**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On September 11, 2019, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as Exhibit A and via First Class US Mail upon the party set forth on the service list annexed hereto as Exhibit B:

- *Application of the Official Committee of Unsecured Creditors of the Debtors to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Nunc Pro Tunc to August 15, 2019* [Docket No. 233];

- *Application of the Official Committee of Unsecured Creditors of Barneys New York, Inc., et al., Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to August 15, 2019* [Docket No. 234];

- *Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* [Docket No. 235]; and

- *Notice of Presentment of Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* [Docket No. 236].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on September 11, 2019 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

# EXHIBIT A

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| 1-15 EAST OAK STREET, LLC, C/O THOR EQUITIES | ATTN: LEGAL | JXENITELIS@THOREQUITIES.COM |
| 194 ATLANTIC LLC | ATTN: JEFFREY C. CHANCAS | JCHANCAS@BORAHGOLDSTEIN.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALBATRANS, INC AND SAVINO DEL BENE USA | ATTN: TRACY L. KLESTADT | TKLESTADT@KLESTADT.COM |
| ALLEN ISD | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| ARKANSA SOFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| AZZEDINE ALAIA | ATTN: LEGAL | PATRICIA.CARRY@ALAIA.FR |
| AZZEDINE ALAIA SAS AND CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: JOSHUA LIPMAN | JOSHUA.LIPMAN@RICHEMONT.COM |
| AZZEDINE ALAIA SAS AND CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: LORENZO MARINUZZI & ERICA J RICHARDS | LMARINUZZI@MOFO.COM; ERICHARDS@MOFO.COM |
| BAL HARBOUR SHOPS, LLC | C/O GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | JFLAXER@GOLENBOCK.COM; MWEINSTEIN@GOLENBOCK.COM |
| BALENCIAGA AMERICA, INC. | ATTN: LEGAL | DANIEL.BYRNES@KERING.COM |
| BRF FINANCE CO., LLC, BRIGADE CAPITAL MANAGEMENT, LP, AND GACP FINANCE CO., LLC | ATTN: SIDNEY P. LEVINSON, MICHAEL C. SCHNEIDEREIT, AND JEREMY D. EVANS | SLEVINSON@JONESDAY.COM; MSCHNEIDEREIT@JONESDAY.COM; JDEVANS@JONESDAY.COM |
| BROOKFIELD PROPERTY REIT INC AND REGENCY CENTERS CORPORATION | ATTN: ROBERT L. LEHANE AND MAEGHAN J. MCLOUGHLIN | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; MMCLOUGHLIN@KELLEYDRYE.COM |
| BROOKFIELD PROPERTY REIT INC., AS AGENT | ATTN: KRISTEN N. PATE | BK@BROOKFIELDPROPERTYRETAIL.COM |
| BURBERRY (WHOLESALE) LIMITED | ATTN: DEREK J. FAMULARI | DEREK.FAMULARI@BURBERRY.COM |
| BURBERRY (WHOLESALE) LIMITED | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| CANADA GOOSE US, INC. | ATTN: LEGAL | CRENFREY@CANADAGOOSE.COM |
| CELINE INC. | ATTN: LEGAL | LUC.FERRIERE@LVMHFASHION.COM |
| CHANEL | ATTN: LEGAL | KAREN.ALBRECHT@CHANELUSA.COM |
| CHLOÉ INC. | ATTN: LEGAL | CLEMENCE.ASARIA@CHLOE.COM |
| CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: ALEXA GEOVANOS | ALEXA.GEOVANOS@CHLOE.COM |
| CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SMARD & MARK SILVA | MSILVA@CHOATE.COM; KSIMARD@CHOATE.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CL US DISTRIBUTION CORPORATION | ATTN: DAVID M. BANKER | DBANKER@MMWR.COM |
| CL US DISTRIBUTION CORPORATION | ATTN: LEGAL | J.JIANG@US.CHRISTIANLOUBOUTIN.COM |
| COMENITY CAPITAL BANK | ATTN: JAMES H. HAITHCOCK, III | JHAITHCOCK@BURR.COM |
| COMENITY CAPITAL BANK | ATTN: RICHARD A. ROBINSON AND J. CORY FALGOWSKI | RROBINSON@BURR.COM; JFALGOWSKI@BURR.COM |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| CP FASHION GROUP, INC | ATTN: FRANCESCO DI PIETRO | FDIPIETRO@MOSESSINGER.COM |
| CSS BUILDING SERVICES | ATTN: DAVID H. STEIN AND MEREDITH I. FRIEDMAN | DSTEIN@WILENTZ.COM; MFRIEDMAN@WILENTZ.COM |
| CSS BUILDING SERVICES | ATTN: VIC TARTARA, COO | VTARTARA@CSSBUILDINGSERVICES.COM |
| DAVID PIRROTTA DISTRIBUTION, INC | ATTN: ROSENDO GONZALEZ | ROSSGONZALEZ@GONZALEZPLC.COM |
| DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING | ATTORNEY.GENERAL@DELAWARE.GOV |
| ETOILLE 660 MADISON LLC | ATTN: LEGAL | TEDH@JSRELLC.COM |
| FEDEX | ATTN: LEGAL | CHRISTIE.BURNS@FEDEX.COM |
| FLAGSHIP 660 OWNER, LLC AND FLAGSHIP PARTNERS II, LLC | ATTN: ROBERT CAYRE | BOBC@CAYRE.COM |
| FLAGSHIP 660 OWNER, LLC AND FLAGSHIP PARTNERS II, LLC | ATTN: PAUL M. BASTA, JACOB A. ADLERSTEIN, AND SAMUEL E. LOVETT | PBASTA@PAULWEISS.COM; JADLERSTEIN@PAULWEISS.COM; SLOVETT@PAULWEISS.COM |
| GGR US LLC | ATTN: LEGAL | VERONICA.NANNI@GGR-DISTRIBUTION.COM |
| GGR US, LLC | ATTN: CATHERINE E. YOUNGMAN | CYOUNGMAN@FOXROTHSCHILD.COM |
| GGR US, LLC | ATTN: LEONARD BUDOW | LBUDOW@FOXROTHSCHILD.COM |
| GIVENCHY CORPORATION/LVMH | ATTN: LEGAL | LUC.FERRIERE@LVMHFASHION.COM |
| GOOGLE INC. | ATTN: LEGAL | JO.KERI@GOOGLE.COM |
| GOOGLE INC. | ATTN: LEGAL | JO.KERI@GOOGLE.COM |
| GRAFICHE MILANI S.P.A. | ATTN: DOUGLAS J. PICK | DPICK@PICKLAW.NET |
| GUCCI | ATTN: LEGAL | DANIEL.BYRNES@KERING.COM |
| HILLDUN CORPORATION | ATTN: BRUCE S. NATHAN AND MYLES R. MACDONALD | BNATHAN@LOWENSTEIN.COM; MMACDONALD@LOWENSTEIN.COM |
| HILLDUN CORPORATION | ATTN: GARY WASSNER | GARY@HILLDUN.COM |
| ISABEL MARANT | ATTN: ADAM L. ROSEN | ADAM.ROSEN@ALRCOUNSEL.COM |
| ISAIA CORP | ATTN: LEGAL | ANTHONY.BOZZI@ISAIA.IT |
| JENEL MANAGEMENT | ATTN: JACK DUSHEY | JD@JENEL.NET |
| KERING AMERICAS, INC. | ATTN: GILBERT R. SAYDAH, JR. | GSAYDAH@MMWR.COM |
| LITTLER MENDELSON P.C. | ATTN: KAROL K. DENNISTON | KAROL.DENNISTON@SQUIREPB.COM |
| LITTLER MENDELSON P.C. | ATTN: TRAVIS A. MCROBERTS | TRAVIS.MCROBERTS@SQUIREPB.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LOEWE LLC | ATTN: LEGAL | LUC.FERRIERE@LVMHFASHION.COM |
| LVMH MOET HENNESSY LOUIS VUITTON INC., AND EACH OF ITS AFFILIATED BRANDS | ATTN: SETH H. LIEBERMAN AND MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| MANOLO BLAHNIK USA, LTD | ATTN: LEGAL | TONY@MANOLOBLAHNIKUSA.COM |
| MANZANITA US GP LLC AND ITS ADVISOR MANZANITA CAPITAL UK LLP, ON BEHALF OF DIPTYQUE DISTRIBUTION USA LLC, BYREDO US INC., SPACE BRANDS USA LLC, KEVYN AUCOIN BEAUTY INC., AND MALIN + GOETZ INC. | ATTN: STEPHANIE WICKOUSKI AND LAITH HAMDAN | STEPHANIE.WICKOUSKI@BCLPLAW.COM; LAITH.HAMDAN@BCLPLAW.COM |
| MARGIELA USA, INC | ATTN: HARLAN M. LAZARUS | HLAZARUS@LAZARUSANDLAZARUS.COM |
| MARGIELA USA, INC | ATTN: LEGAL | KENNY_KALIPERSHAD@STAFFINTERNATIONAL.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL | | MIAG@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MONCLER USA, INC | ATTN: JOSEPH T. MOLDOVAN AND DAVID J. KOZLOWSKI | BANKRUPTCY@MORRISONCOHEN.COM |
| MONCLER USA, INC | ATTN: A/R & CREDIT DPT, KRESO MIKUS | VALENTINA.PRETTO@MONCLER.COM; KRESO.MIKUS@MONCLER.US |
| MPH PACIFIC PLACE, LLC | ATTN: DOUGLAS J. PICK | DPICK@PICKLAW.NET |
| NETSUITE, INC. (ORACLE AMERICA, INC) | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | ATTN: FRED KAPLAN, SECRETARY-TREASURER | FKAPLAN@WORKERSUNITEDNYNJ.ORG |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | ATTN: RICHARD M. SELTZER | RSELTZER@CWSNY.COM |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | ATTN: THOMAS M. KENNEDY | TKENNEDY@CWSNY.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | NDAG@ND.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA | 441 4TH ST NW | OAG@DC.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA LEONHARD AND LISA M. PENPRAZE | ALICIA.M.LEONHARD@USDOJ.GOV |
| OWENSCORP ITALIA S.P.A. | ATTN: LEGAL | LUCA.RUGGERI@OWENSCORP.COM |
| OWENSCORP ITALIA, SPA | ATTN: GILBERT A. LAZARUS | GILLAZARUS@GMAIL.COM |

DOCS_NY:39574.1 07982/002

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL HASTINGS LLP | ATTN: CHRIS DICKERSON AND HOLLY SNOW | CHRISDICKERSON@PAULHASTINGS.COM; HOLLYSNOW@PAULHASTINGS.COM |
| PITNEY BOWES, INC AND BORDERFREE, INC | ATTN: EDWARD J. LOBELLO | ELOBELLO@MSEK.COM |
| PRADA | ATTN: LEGAL | AIMEE.NSANG@PRADA.COM |
| PRADA | ATTN: LEGAL | AIMEE.NSANG@PRADA.COM |
| PRADA USA CORP | ATTN: DAVID R. WARREN, VP/GENERAL COUNSEL | DAVID.WARREN@PRADA.COM |
| RAG & BONE | ATTN: LEGAL | CREDIT@RAG-BONE.COM |
| RAKUTEN MARKETING FORMERLY LINKSHARE CORP. | ATTN: LEGAL | SHANNON.LE@RAKUTEN.COM |
| RAKUTEN MARKETING FORMERLY LINKSHARE CORP. | ATTN: LEGAL | SHANNON.LE@RAKUTEN.COM |
| RETAIL FUNDING (BNY), LLC | ATTN: CHRIS DICKERSON AND BRENDAN M. GAGE | CHRISDICKERSON@PAULHASTINGS.COM; BRENDANGAGE@PAULHASTINGS.COM |
| RETAIL FUNDING (BNY), LLC | ATTN: MICHAEL E. COMERFORD | MICHAELCOMERFORD@PAULHASTINGS.COM |
| RHE CONTAINER COMPANY, INC | ATTN: MICHAEL J. SWEENEY | MSWEENEY@HJSLAWOFFICE.COM |
| RIEMER & BRAUNSTEIN LLP | ATTN: DONALD E. ROTHMAN | DROTHMAN@RIEMERLAW.COM |
| RIEMER & BRAUNSTEIN LLP | ATTN: STEVEN E. FOX | SFOX@RIEMERLAW.COM |
| SABBADINI S.R.L. | ATTN: JAMES B. GLUCKSMAN | JBGLUCKSMAN@RATTETLAW.COM |
| SABBADINI S.R.L. | ATTN: ROBERT L. RATTET | RRATTET@RATTETLAW.COM |
| SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS | ADAM.HARRIS@SRZ.COM |
| SESSIONM, INC | ATTN: EVELYN J. MELTZER | MELTZERE@PEPPERLAW.COM |
| SHISEIDO COSMETICS | ATTN: LEGAL | JCOHEN@SAC.SHISEIDO.COM |
| SIMON PROPERTY GROUP, LP | ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| SPINELLI KILCOLLIN | ATTN: GILBERT A. LAZARUS | GILLAZARUS@GMAIL.COM |
| STOCKTON STREET PROPERTIES | ATTN: BRIAN TRUST, JOAQUIN M. C DE BACA, AND YOUMI KIM | BTRUST@MAYERBROWN.COM; JCDEBACA@MAYERBROWN.COM; YKIM@MAYERBROWN.COM |
| STOCKTON STREET PROPERTIES, INC. | ATTN: LORI COLEMAN | LORI.COLEMAN@MADISONMARQUETTE.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: DOUGLAS B. ROSNER | DROSNER@GOULSTONSTORRS.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: LEGAL | MATTP@575FIFTH.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: TREVOR R. HOFFMANN | THOFFMANN@GOULSTONSTORRS.COM |
| THE MACERICH COMPANY | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| THE ROW LLC | ATTN: LEGAL | JAN.KAPLAN@THEROW.COM |
| THOR ASB 1-15 EAST OAK STREET, LLC | ATTN: JAMILA JUSTINE WILLIS | JAMILA.WILLIS@DLAPIPER.COM |
| THOR ASB 1-15 EAST OAK STREET, LLC | ATTN: RICHARD M. KREMEN AND KRISTY N. GRACE | RICHARD.KREMEN@DLAPIPER.COM; KRISTY.GRACE@DLAPIPER.COM |
| TPG SPECIALTY LENDING, INC | ATTN: ADAM C. HARRIS, KRISTINE G. MANOUKIAN AND KELLY V. KNIGHT | ADAM.HARRIS@SRZ.COM; KRISTINE.MANOUKIAN@SRZ.COM; KELLY.KNIGHT@SRZ.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| TR APPAREL, LLC DBA THE ROW | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| TRIBECA DESIGN STUDIO LLC | ATTN: LEGAL | SHIRA@NILILOTAN.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | UAG@AGUTAH.GOV |
| VERMONT ATTORNEY GENERAL'S OFFICE | | AGO.INFO@VERMONT.GOV |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: DONALD E. ROTHMAN | DROTHMAN@RIEMERLAW.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: KEVIN J. SIMARD AND JONATHAN D. MARSHALL | KSIMARD@CHOATE.COM; JMARSHALL@CHOATE.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: STEVEN E. FOX | SFOX@RIEMERLAW.COM |
| YVES SAINT LAURENT AMERICA, INC. | ATTN: LEGAL | DANIEL.BYRNES@KERING.COM |

# EXHIBIT B

**Service by First Class U.S. Mail**

OFFICE OF THE U.S. TRUSTEE
ATTN: ALICIA LEONHARD
11A CLINTON AVENUE, ROOM 620
ALBANY, NEW YORK 12207

STOCKTON STREET PROPERTIES, INC.
ATTN: DAVID BRAINERD
MPH PACIFIC PLACE LLC
600 PINE STREET, SUITE 228
SEATTLE, WA 98101

GGR US LLC
ATTN: LEGAL DEPT. 3486
24 E 64TH ST
NEW YORK, NY 10065

STOCKTON STREET PROPERTIES, INC.
ATTN: LEGAL
PO BOX 847130
DALLAS, TX 75284-7130

THE BUILDING AT 575 FIFTH OFFICE OWNER LLC
ATTN: LEGAL
C/O BEACON CAPITAL PARTNERS
200 STATE STREET, 5TH FLOOR
BOSTON, MA 02109

CANADA GOOSE US, INC.
ATTN: LEGAL
250 BOWIE AVE
TORONTO ON M6E 4Y2
CANADA

LOEWE LLC
ATTN: LEGAL
33127 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0331

THE BUILDING AT 575 FIFTH OFFICE OWNER LLC
ATTN: LEGAL
1209 ORANGE STREET
WILMINGTON, DE 19801

CHLOE
ATTN: LEGAL
DIVISION OF RICHEMONT NORTH AMERICA
PO BOX 417988
BOSTON, MA 02241-7988

CITY OF NEW YORK
C/O ZACHARY W. CARTER, CORPORATION COUNSEL OF THE CITY OF NEW YORK
ATTN: BERNADETTE BRENNAN
100 CHURCH STREET
NEW YORK, NY 10007

SHISEIDO COSMETICS
ATTN: LEGAL
PO BOX 7247-8480
PHILADELPHIA, PA 19170-8480

GIVENCHY CORPORATION/LVMH
ATTN: LEGAL
19 EAST 57TH STREET
NEW YORK, NY 10022

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346