**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) ) ) | Case No. 19-36300 (CGM) |
| Debtors. | ) ) | (Jointly Administered) |

**ORDER AUTHORIZING FIRST AMENDMENT TO FINAL ORDER PURSUANT TO
11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I)
AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO OBTAIN POST-PETITION
FINANCING, (II) GRANTING LIENS AND SUPER-PRIORITY CLAIMS, (III) AUTHORIZING
PAYMENT OF PREPETITION SECURED OBLIGATIONS, (IV) GRANTING ADEQUATE
PROTECTION TO PREPETITION SECURED PARTIES, (V) MODIFYING THE AUTOMATIC
STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

The Final DIP Order[2] is hereby amended as follows:

1. Paragraph 65 of the Final DIP Order shall be amended to add the following subpart (*l*):

> (*l*) the failure of the Debtors to obtain an indication of interest that is reasonably acceptable to the Debtors and the DIP Agent, in each parties' respective sole discretion, on or before September 25, 2019 at 11:59 p.m. ET (the "September 25 Milestone"); *provided* that, if the Debtors and the DIP Agent are unable to agree on either the reasonableness of such indication of interest or whether the Debtors have satisfied the September 25 Milestone, the Court shall determine any such dispute(s) on an emergency basis.

2. Paragraph 66(e) of the Final DIP Order shall be amended as follows:

> … (b) the failure of any Loan Party to comply with **the September 25 Milestone or** the October 24, 2019 Milestone under Section 14(h)(6), **or (c) the failure of any Loan Party to obtain, on or before September 25, 2019 at 11:59 p.m. prevailing eastern time,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

[2] The Final DIP Order refers to the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors in Possession to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Authorizing Payment of Prepetition Secured Obligations, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 222].

**approval of the DIP Agent or DIP Lenders of a revised budget as provided in Schedule 13(c) of the DIP Credit Agreement, or, as a consequence of such failure, the failure or inability of any Loan Party to comply with Section 14(g) of the DIP Credit Agreement,** each Loan Party shall assist the Agent in effecting a sale or other disposition of the Collateral upon such terms as are designed to maximize the proceeds obtainable from such sale or other disposition, and the Loan Parties shall immediately commence all liquidation processes in the manner contemplated by the Store Closure Motion; ***provided*** **that, solely with respect to the September 25 Milestone or subclause (c) above, such obligations to assist with the disposition of the Collateral (x) shall arise automatically without the need for service of any DIP Remedies Notice and (y) shall not arise until September 27, 2019 at 11:59 p.m. prevailing Eastern time, during which interim period the Debtors or the Committee can timely contest, on an emergency basis, the occurrence of a DIP Maturity Event and/or the right of the DIP Parties to exercise their remedies**. (new language emphasized)

3.  All other terms of the Final DIP Order remain unchanged.

4.  This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of the Final DIP Order and this Order Amending Final DIP Order.



**Dated: September 23, 2019**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**