UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) Case No. 19-36300 (CMG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Jamilla L. Dennis, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 23, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Authorizing First Amendment to Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, And 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors in Possession to Obtain Post-Petition Financing, (II) Granting Liens and Super-Priority Claims, (III) Authorizing Payment of Prepetition Secured Obligations, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief** (Docket No. 282)

Dated: September 27, 2019

_____
Jamilla L. Dennis

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 27th day of September 2019 by Jamilla L. Dennis.

_____
(Notary's official signature)

VICTORIA XUAN HUONG TRAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194011214
MY COMMISSION EXPIRES MARCH 21, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Barneys New York, Inc. (1818); Barney's, Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819).  The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

# **Exhibit A**



Exhibit A
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 1-15 EAST OAK STREET, LLC | C/O THOR EQUITIES | ATTN: LEGAL | 25 WEST 39TH ST. | NEW YORK | NY | 10018 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE | STE 200 | | ANCHORAGE | AK | 99501 | |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | |
| ARKANSA SOFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST | STE 200 | | LITTLE ROCK | AR | 72201 | |
| AZZEDINE ALAIA | ATTN: LEGAL | 5 RUE MARIGNAN | | PARIS | | 75008 | FRANCE |
| BALENCIAGA AMERICA, INC. | ATTN: LEGAL | 50 HARTZ WAY | | SECAUCUS | NJ | 07094 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| CANADA GOOSE US, INC. | ATTN: LEGAL | 250 BOWIE AVE | | TORONTO | ON | M6E 4Y2 | CANADA |
| CANADA GOOSE US, INC. | ATTN: LEGAL | C/O TX911OU | PO BOX 55950 | BOSTON | MA | 02205-5950 | |
| CELINE INC. | ATTN: LEGAL | 538 MADISON AVENUE | | NEW YORK | NY | 10022 | |
| CHANEL | ATTN: LEGAL | 885 CENTENNIAL AVENUE | | PISCATAWAY | NJ | 08854 | |
| CHLOE | ATTN: LEGAL | DIVISION OF RICHEMONT NORTH AMERICA | PO BOX 417988 | BOSTON | MA | 02241-7988 | |
| CHLOÉ INC. | ATTN: LEGAL | DIVISION OF RICHEMONT NORTH AMERICA | 10 EAST 52ND STREET, 3RD FLOOR | NEW YORK | NY | 10022 | |
| CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: ALEXA GEOVANOS | 645 FIFTH AVENUE | 5TH FLOOR | NEW YORK | NY | 10022 | |
| CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SMARD & MARK SILVA | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110 | |
| CITY OF NEW YORK | C/O ZACHARY W. CARTER, CORPORATION COUNSEL OF THE CITY OF NEW YORK | ATTN: BERNADETTE BRENNAN | 100 CHURCH STREET | NEW YORK | NY | 10007 | |
| CL US DISTRIBUTION CORPORATION | ATTN: LEGAL | 306 W. 38TH STREET | FLOOR 14 | NEW YORK | NY | 10018-2927 | |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | | DENVER | CO | 80203 | |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | 55 ELM ST | | | HARTFORD | CT | 06106 | |
| CSS BUILDING SERVICES | ATTN: VIC TARTARA, COO | 846 LIVINGSTON AVENUE | | NORTH BRUNSWICK | NJ | 08902 | |
| DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | | WILMINGTON | DE | 19801 | |
| ETOILLE 660 MADISON LLC | ATTN: LEGAL | 660 MADISON AVENUE | | NEW YORK | NY | 10065 | |
| FEDEX | ATTN: LEGAL | 942 SOUTH SHADY GROVE ROAD | | MEMPHIS | TN | 38120 | |
| FLAGSHIP 660 OWNER, LLC AND FLAGSHIP PARTNERS II, LLC | C/O SCF MANAGEMENT LLC | ATTN: ROBERT CAYRE | 1407 BROADWAY,41ST FLOOR | NEW YORK | NY | 10018 | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | STATE OF FLORIDA | THE CAPITOL PL 01 | | TALLAHASSEE | FL | 32399 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| GGR US LLC | ATTN: LEGAL | DEPT. 3486 | 24 E 64TH ST | NEW YORK | NY | 10065 | |
| GGR US LLC | ATTN: LEGAL | DEPT. 3486 | PO BOX 123486 | DALLAS | TX | 75312-3486 | |
| GIVENCHY CORPORATION/LVMH | ATTN: LEGAL | 19 EAST 57TH STREET | | NEW YORK | NY | 10022 | |
| GIVENCHY CORPORATION/LVMH | ATTN: LEGAL | 6418 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | |
| GOOGLE INC. | ATTN: LEGAL | 1600 AMPHITHEATRE PARKWAY | | MOUNTAIN VIEW | CA | 94043 | |
| GOOGLE INC. | ATTN: LEGAL | DEPT. 33654 | PO BOX 39000 | SAN FRANCISCO | CA | 94139 | |
| GUCCI | ATTN: LEGAL | 195 BROADWAY | | NEW YORK | NY | 10007 | |
| GUCCI | ATTN: LEGAL | 50 HARTZ WAY | | SECAUCUS | NJ | 07094 | |
| GUCCI | ATTN: LEGAL | PO BOX 2489 | | SECAUCUS | NJ | 07906 | |
| HAWAII DEPARTMENT OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | | HONOLULU | HI | 96813 | |
| HILLDUN CORPORATION | ATTN: GARY WASSNER | 225 WEST 35TH STREET | FLOOR 10 | NEW YORK | NY | 10001 | |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | | | BOISE | ID | 83720 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | | CHICAGO | IL | 60601 | |
| INDIANA ATTORNEY GENERAL'S OFFICE | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST 5TH FL | | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| IOWA OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET RM 109 | | DES MOINES | IA | 50319 | |
| ISAIA CORP | ATTN: LEGAL | 730 FIFTH AVE, CROWN BLDG., STE 1004 | | NEW YORK | NY | 10019 | |
| JENEL MANAGEMENT | ATTN: JACK DUSHEY | JENEL MANAGEMENT CORP. | 275 MADISON AVENUE (1100) | NEW YORK | NY | 10016 | |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | 120 SW 10TH AVE | 2ND FL | | TOPEKA | KS | 66612 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | CAPITOL BUILDING | 700 CAPITOL AVE STE 118 | | FRANKFORT | KY | 40601 | |
| LOEWE LLC | ATTN: LEGAL | 33127 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0331 | |
| LOEWE LLC | ATTN: LEGAL | 598 MADISON AVE FL 6 | | NEW YORK | NY | 10022 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | 1885 N. THIRD ST | | | BATON ROUGE | LA | 70802 | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | |
| MANOLO BLAHNIK USA, LTD | ATTN: LEGAL | 31 WEST 54TH STREET | | NEW YORK | NY | 10019 | |
| MARGIELA USA, INC | ATTN: LEGAL | 220 W 19TH STREET | 11TH FLOOR | NEW YORK | NY | 10011 | |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PL | | | BALTIMORE | MD | 21202 | |
| MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | 1 ASHBURTON PLACE, 20TH FLOOR | | | BOSTON | MA | 02108 | |
| MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W OTTAWA ST | | LANSING | MI | 48933 | |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST STE 1200 | | JACKSON | MS | 39201 | |
| MISSOURI ATTORNEY GENERAL'S OFFICE | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | |
| MONCLER USA, INC | ATTN: A/R & CREDIT DPT, KRESO MIKUS | 568 BROADWAY SUITE # 301 | | NEW YORK | NY | 10012 | |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | 215 N. SANDERS | JUSTICE BUILDING, THIRD FL | | HELENA | MT | 59601 | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |



## Exhibit A
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | | CONCORD | NH | 03301 | |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | | TRENTON | NJ | 08611 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | | | ALBANY | NY | 12224 | |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | ATTN: FRED KAPLAN, SECRETARY-TREASURER | 305 SEVENTH AVE | | NEW YORK | NY | 10001 | |
| NORTH CAROLINA ATTORNEY GENERAL'S OFFICE | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | |
| OFFICE OF THE ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA | 441 4TH ST NW | SUITE 1100 | | WASHINGTON | DC | 20001 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA LEONHARD AND LISA M. PENPRAZE | 11A CLINTON AVENUE, ROOM 620 | | ALBANY | NY | 12207 | |
| OHIO ATTORNEY GENERAL'S OFFICE | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | | COLUMBUS | OH | 43215 | |
| OKLAHOMAOFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | |
| OREGON DEPARTMENT OF JUSTICE | 1162 COURT ST NE | | | SALEM | OR | 97301 | |
| OWENSCORP ITALIA S.P.A. | ATTN: LEGAL | VIA PONZA, 4 | | TORINO | | 10121 | ITALY |
| PAUL HASTINGS LLP | ATTN: CHRIS DICKERSON AND HOLLY SNOW | 71 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606 | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| PRADA | ATTN: LEGAL | 609 WEST 52ND STREET | | NEW YORK | NY | 10019 | |
| PRADA | ATTN: LEGAL | DEPT. CH. 19042 | | PALATINE | IL | 60055 | |
| PRADA USA CORP | ATTN: DAVID R. WARREN, VP/GENERAL COUNSEL | 610 WEST 52ND STREET | | NEW YORK | NY | 10019 | |
| RAG & BONE | ATTN: LEGAL | 425 W 13TH ST., 3RD FL | | NEW YORK | NY | 10014 | |
| RAKUTEN MARKETING FORMERLY LINKSHARE CORP. | ATTN: LEGAL | 215 PARK AVENUE SOUTH, 2ND FLOOR | | NEW YORK | NY | 10003 | |
| RAKUTEN MARKETING FORMERLY LINKSHARE CORP. | ATTN: LEGAL | PO BOX 415613 | | BOSTON | MA | 02241-5613 | |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 | |
| RIEMER & BRAUNSTEIN LLP | ATTN: DONALD E. ROTHMAN | 100 CAMBRIDGE STREET | | BOSTON | MA | 02114 | |
| RIEMER & BRAUNSTEIN LLP | ATTN: STEVEN E. FOX | TIMES SQUARE TOWER | SEVEN TIMES SQUARE, SUITE 2506 | NEW YORK | NY | 10036 | |
| SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST., SUITE 400 | | NEW YORK | NY | 10281-1022 | |
| SHISEIDO COSMETICS | ATTN: LEGAL | 390 MADISON AVE | | NEW YORK | NY | 10017 | |
| SHISEIDO COSMETICS | ATTN: LEGAL | PO BOX 7247-8480 | | PHILADELPHIA | PA | 19170-8480 | |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | | COLUMBIA | SC | 29201 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14 | STE 1 | | PIERRE | SD | 57501 | |
| STOCKTON STREET PROPERTIES, INC. | ATTN: DAVID BRAINERD | MPH PACIFIC PLACE LLC | 600 PINE STREET, SUITE 228 | SEATTLE | WA | 98101 | |
| STOCKTON STREET PROPERTIES, INC. | ATTN: LEGAL | PO BOX 847130 | | DALLAS | TX | 75284-7130 | |
| STOCKTON STREET PROPERTIES, INC. | ATTN: LORI COLEMAN | 2 & 48 STOCKTON STREET | | SAN FRANCISCO | CA | 94108 | |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | 301 6TH AVE N | | | NASHVILLE | TN | 37243 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | | AUSTIN | TX | 78701 | |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: LEGAL | 1209 ORANGE STREET | | WILMINGTON | DE | 19801 | |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: LEGAL | C/O BEACON CAPITAL PARTNERS | 200 STATE STREET, 5TH FLOOR | BOSTON | MA | 02109 | |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: LEGAL | PO BOX 780254 | | PHILADELPHIA | PA | 19178-0254 | |
| THE ROW LLC | ATTN: LEGAL | 609 GREENWICH STREET | | NEW YORK | NY | 10014 | |
| THE UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | 86 CHAMBERS ST. | 3RD FLR | | NEW YORK | NY | 10022 | |
| TRIBECA DESIGN STUDIO LLC | ATTN: LEGAL | 142 DUANE ST FRNT A | | NEW YORK | NY | 10013-3893 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | | SALT LAKE CITY | UT | 84114 | |
| VERMONT ATTORNEY GENERAL'S OFFICE | 109 STATE ST. | | | MONTPELIER | VT | 05609 | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | | RICHMOND | VA | 23219 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | | CHARLESTON | WV | 25305 | |
| WISCONSIN ATTORNEY GENERAL'S OFFICE | 114 E STATE CAPITOL | | | MADISON | WI | 53702 | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | KENDRICK BUILDING | 2320 CAPITOL AVE | | CHEYENNE | WY | 82002 | |
| YVES SAINT LAURENT AMERICA, INC. | ATTN: LEGAL | 50 HARTZ WAY | | SECAUCUS | NJ | 07094 | |

# **Exhibit B**



Exhibit B
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| 194 ATLANTIC LLC | C/O BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C. | ATTN: JEFFREY C. CHANCAS | JCHANCAS@BORAHGOLDSTEIN.COM |
| ALBATRANS, INC AND SAVINO DEL BENE USA | C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: TRACY L. KLESTADT | TKLESTADT@KLESTADT.COM |
| ALLEN ISD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| AZZEDINE ALAIA SAS AND CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: JOSHUA LIPMAN | | JOSHUA.LIPMAN@RICHEMONT.COM |
| AZZEDINE ALAIA SAS AND CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | C/O MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI & ERICA J RICHARDS | LMARINUZZI@MOFO.COM ERICHARDS@MOFO.COM |
| BAL HARBOUR SHOPS, LLC | C/O GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | ATTN: JONATHAN L. FLAXER & MICHAEL S. WEINSTEIN | JFLAXER@GOLENBOCK.COM MWEINSTEIN@GOLENBOCK.COM |
| BRF FINANCE CO., LLC, BRIGADE CAPITAL MANAGEMENT, LP, AND GACP FINANCE CO., LLC | C/O JONES DAY | ATTN: SIDNEY P. LEVINSON, MICHAEL C. SCHNEIDEREIT, AND JEREMY D. EVANS | SLEVINSON@JONESDAY.COM MSCHNEIDEREIT@JONESDAY.COM JDEVANS@JONESDAY.COM |
| BROOKFIELD PROPERTY REIT INC AND REGENCY CENTERS CORPORATION | C/O KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE AND MAEGHAN J. MCLOUGHLIN | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM RLEHANE@KELLEYDRYE.COM MMCLOUGHLIN@KELLEYDRYE.COM |
| BURBERRY (WHOLESALE) LIMITED | C/O SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| BURBERRY (WHOLESALE) LIMITED | C/O SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: DEREK J. FAMULARI | DEREK.FAMULARI@BURBERRY.COM |
| CL US DISTRIBUTION CORPORATION | C/O MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: DAVID M. BANKER | DBANKER@MMWR.COM |
| COMENITY CAPITAL BANK | C/O BURR & FORMAN LLP | ATTN: JAMES H. HAITHCOCK, III | JHAITHCOCK@BURR.COM |
| CP FASHION GROUP, INC | C/O MOSES & SINGER LLP | ATTN: FRANCESCO DI PIETRO | FDIPIETRO@MOSESSINGER.COM |
| CSS BUILDING SERVICES | C/O WILENTZ, GOLDMAN & SPITZER, P.A. | ATTN: DAVID H. STEIN AND MEREDITH I. FRIEDMAN | DSTEIN@WILENTZ.COM MFRIEDMAN@WILENTZ.COM |
| DAVID PIRROTTA DISTRIBUTION, INC | C/O GONZALEZ & GONZALEZ LAW, PC | ATTN: ROSENDO GONZALEZ | ROSSGONZALEZ@GONZALEZPLC.COM |
| FLAGSHIP 660 OWNER, LLC AND FLAGSHIP PARTNERS II, LLC | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, JACOB A. ADLERSTEIN, AND SAMUEL E. LOVETT | PBASTA@PAULWEISS.COM JADLERSTEIN@PAULWEISS.COM SLOVETT@PAULWEISS.COM |
| GGR US, LLC | C/O FOX ROTHSCHILD, LLP | ATTN: CATHERINE E. YOUNGMAN | CYOUNGMAN@FOXROTHSCHILD.COM |
| GGR US, LLC | C/O FOX ROTHSCHILD, LLP | ATTN: LEONARD BUDOW | LBUDOW@FOXROTHSCHILD.COM |
| GRAFICHE MILANI S.P.A. | C/O PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK | DPICK@PICKLAW.NET |
| HILLDUN CORPORATION | C/O LOWENSTEIN SANDLER LLP | ATTN: BRUCE S. NATHAN AND MYLES R. MACDONALD | BNATHAN@LOWENSTEIN.COM MMACDONALD@LOWENSTEIN.COM |
| INTERNATIONAL BUSINESS MACHINES CORP (IBM) | C/O IBM CORPORATION | ATTN: RODRIGO ALONSO RODRIGUEZ GONZALEZ | ALONSORG@MX1.IBM.COM |
| ISABEL MARANT | C/O ADAM L. ROSEN PLLC | ATTN: ADAM L. ROSEN | ADAM.ROSEN@ALRCOUNSEL.COM |
| KERING AMERICAS, INC. | C/O MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: GILBERT R. SAYDAH, JR. | GSAYDAH@MMWR.COM |
| LITTLER MENDELSON P.C. | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: TRAVIS A. MCROBERTS | TRAVIS.MCROBERTS@SQUIREPB.COM |
| LITTLER MENDELSON P.C. | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: KAROL K. DENNISTON | KAROL.DENNISTON@SQUIREPB.COM |
| LVMH MOET HENNESSY LOUIS VUITTON INC., AND EACH OF ITS AFFILIATED BRANDS | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN AND MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM |
| MANZANITA US GP LLC AND ITS ADVISOR MANZANITA CAPITAL UK LLP, ON BEHALF OF DIPTYQUE DISTRIBUTION USA LLC, BYREDO US INC., SPACE BRANDS USA LLC, KEVYN AUCOIN BEAUTY INC., AND MALIN + GOETZ INC. | C/O BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: STEPHANIE WICKOUSKI AND LAITH HAMDAN | STEPHANIE.WICKOUSKI@BCLPLAW.COM LAITH.HAMDAN@BCLPLAW.COM |
| MARGIELA USA, INC | LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS | HLAZARUS@LAZARUSANDLAZARUS.COM |
| MONCLER USA, INC | C/O MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN AND DAVID J. KOZLOWSKI | BANKRUPTCY@MORRISONCOHEN.COM |
| MPH PACIFIC PLACE, LLC | C/O PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK | DPICK@PICKLAW.NET |
| NETSUITE, INC. (ORACLE AMERICA, INC) | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | C/O COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER | RSELTZER@CWSNY.COM |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | C/O COHEN, WEISS AND SIMON LLP | ATTN: THOMAS M. KENNEDY | TKENNEDY@CWSNY.COM |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | C/O COHEN, WEISS AND SIMON LLP | ATTN: MELISSA S. WOODS | MWOODS@CWSNY.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERT J. FEINSTEIN, BRADFORD J. SANDLER, JOHN A. MORRIS AND COLIN R. ROBINSON | RFEINSTEIN@PSZJLAW.COM BSANDLER@PSZJLAW.COM JMORRIS@PSZJLAW.COM CROBINSON@PSZJLAW.COM |
| OWENSCORP ITALIA, SPA | C/O THE LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS | GILLAZARUS@GMAIL.COM |
| PITNEY BOWES, INC AND BORDERFREE, INC | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO | ELOBELLO@MSEK.COM |
| RETAIL FUNDING (BNY), LLC | C/O PAUL HASTINGS LLP | ATTN: CHRIS DICKERSON AND BRENDAN M. GAGE | CHRISDICKERSON@PAULHASTINGS.COM BRENDANGAGE@PAULHASTINGS.COM |
| RETAIL FUNDING (BNY), LLC | C/O PAUL HASTINGS LLP | ATTN: MICHAEL E. COMERFORD | MICHAELCOMERFORD@PAULHASTINGS.COM |
| RHE CONTAINER COMPANY, INC | C/O HUNZIKER, JONES & SWEENEY, P.A. | ATTN: MICHAEL J. SWEENEY | MSWEENEY@HJSLAWOFFICE.COM |
| SABBADINI S.R.L. | C/O RATTET PLLC | ATTN: ROBERT L. RATTET | RRATTET@RATTETLAW.COM |



**Exhibit B**
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| SABBADINI S.R.L. | C/O RATTET PLLC | ATTN: JAMES B. GLUCKSMAN | JBGLUCKSMAN@RATTETLAW.COM |
| SESSIONM, INC | C/O PEPPER HAMILTON LLP | ATTN: EVELYN J. MELTZER | MELTZERE@PEPPERLAW.COM |
| SIMON PROPERTY GROUP, LP | ATTN: RONALD M. TUCKER | 225 WEST WASHINGTON STREET | RTUCKER@SIMON.COM |
| SPINELLI KILCOLLIN | C/O THE LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS | GILLAZARUS@GMAIL.COM |
| STOCKTON STREET PROPERTIES | C/O MAYER BROWN LLP | ATTN: BRIAN TRUST, JOAQUIN M. C DE BACA, AND YOUMI KIM | BTRUST@MAYERBROWN.COM JCDEBACA@MAYERBROWN.COM YKIM@MAYERBROWN.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | C/O GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER | DROSNER@GOULSTONSTORRS.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | C/O GOULSTON & STORRS PC | ATTN: TREVOR R. HOFFMANN | THOFFMANN@GOULSTONSTORRS.COM |
| THE MACERICH COMPANY | C/O BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| THOR ASB 1-15 EAST OAK STREET, LLC | C/O DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN AND KRISTY N. GRACE | RICHARD.KREMEN@DLAPIPER.COM KRISTY.GRACE@DLAPIPER.COM |
| THOR ASB 1-15 EAST OAK STREET, LLC | C/O DLA PIPER LLP (US) | ATTN: JAMILA JUSTINE WILLIS | JAMILA.WILLIS@DLAPIPER.COM |
| TPG SPECIALTY LENDING, INC | C/O SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS, KRISTINE G. MANOUKIAN AND KELLY V. KNIGHT | ADAM.HARRIS@SRZ.COM KRISTINE.MANOUKIAN@SRZ.COM KELLY.KNIGHT@SRZ.COM |
| TR APPAREL, LLC DBA THE ROW | C/O SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O RIEMER & BRAUNSTEIN LLP | ATTN: DONALD E. ROTHMAN | DROTHMAN@RIEMERLAW.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O RIEMER & BRAUNSTEIN LLP | ATTN: STEVEN E. FOX | SFOX@RIEMERLAW.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SIMARD AND JONATHAN D. MARSHALL | KSIMARD@CHOATE.COM JMARSHALL@CHOATE.COM |