# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Josh Sussberg, P.C.
To Call Writer Directly:
+1 212 446 4829
joshua.sussberg@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 8, 2019

Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

Re: *In re Barneys New York, Inc., et al.*, Case No. 19-36300 (CGM)

Dear Chief Judge Morris:

On October 8, 2019, the DIP Parties filed a proposed form of DIP order. Docket No. 317. The Debtors respectfully request the Court's permission to file their own proposed form of order and response brief on or before Thursday, October 10, 2019, at 12:00 p.m. E.T. (the "Deadline"). The Debtors also request that any other party in interest be permitted to file a response by the same Deadline. The Debtors will be prepared to address any remaining issues regarding the proposed form of order or otherwise at the evidentiary hearing scheduled for Friday, October 11, 2019, at 1:00 p.m. E.T.

We appreciate the Court's consideration of this request.

Sincerely,

*/s/ Joshua A. Sussberg, P.C.*
Joshua A. Sussberg, P.C.

cc:   Sidney P. Levinson
    Daniel E. Stroik
    DEBEVOISE & PLIMPTON LLP
    slevinson@debevoise.com
    destroik@debevoise.com

    Bradford J. Sandler
    PACUHLSKI STANG ZIEHL & JONES LLP

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

bsandler@pszjlaw.com

Alicia M. Leonhard
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
SDNY, Poughkeepsie Division
Alicia.M.Leonhard@usdoj.gov