**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | Case No. 19-36300 (CGM) <br> (Jointly Administered) |
| Debtors. | |

**SUPPLEMENTAL DECLARATION OF**
**DAVID MACGREEVEY OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I am filing this supplemental declaration to supplement the disclosures that were included in my original declaration dated September 11, 2019 [ECF No. 234].

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- Peoples Gas, a utility provider to the Debtors, is a vendor and related party to current and former AP clients in matters unrelated to the Debtors. Peoples Gas is a former employer of a current AP employee.

- Equinox Holdings, Inc., a contract party to the Debtors, provides discounted gym memberships to AP employees.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: October 15, 2019                                     AlixPartners, LLP


                                                            */s/ David MacGreevey*
                                                            David MacGreevey
                                                            Managing Director