Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Steven J. Reisman
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776

*Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) Case No. 19-36300 (CGM) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF REVISED BID DEADLINE, AUCTION, AND**
**OBJECTION DEADLINE REGARDING THE SALE PROCESS**

**PLEASE TAKE NOTICE** that on August 22, 2019, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 156] (the "Bidding Procedures Order").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on September 3, 2019, the Debtors filed the *Notice of Filing of Revised Bidding Procedures* [Docket No. 200] (the "Revised Bidding Procedures"), amending the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and Revised Bidding Procedures, the Debtors may, in their business judgment and in consultation with the Consultation Parties, extend any deadline set forth in the Revised Bidding Procedures in any manner that will best promote the goals of the Bidding Procedures. *See* Revised Bidding Procedures § X.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, as an exercise of their business judgment and in consultation with and consent from the Consultation Parties, have determined to modify the deadlines set forth in the Bidding Procedures as follows:

- Bid Deadline: **October 23, 2019, at 5:00 p.m.** prevailing Eastern Time

- Auction: **October 28, 2019, at 9:00 a.m.** prevailing Eastern Time, with the notice of successful bidder filed and served as soon as possible thereafter

- Objection Deadline: **October 30, 2019, at 8:00 a.m.** prevailing Eastern Time

**PEASE TAKE FURTHER NOTICE** that the Sale Hearing will remain scheduled for **October 31, 2019, at 10:30 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all of their rights under the Revised Bidding Procedures and the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Revised Bidding Procedures, all related exhibits, and other documents from these chapter 11 cases are available: (a) upon request to Stretto (the notice and claims agent retained in these chapter 11 cases) by calling (855) 202-8711 (toll free) or, for international callers, (949) 346-3310; (b) by visiting the website maintained in these chapter 11 cases at http://case.stretto.com/barneys; or (c) for a fee via PACER by visiting http://www.nysb.uscourts.gov.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: October 22, 2019<br>New York, New York | */s/ Joshua A. Sussberg, P.C.*<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>-and-<br><br>Chad J. Husnick, P.C.<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession*<br><br>-and-<br><br>Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:  (212) 940-8800<br>Facsimile:  (212) 940-8776<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |