| | |
|---|---|
| Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 | Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:    (212) 940-8800<br>Facsimile:    (212) 940-8776 |

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**OCTOBER 31, 2019 AT 10:30 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | October 31, 2019, at 10:30 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Cecelia G. Morris<br>United States Bankruptcy Court for the Southern District of New York<br>355 Main Street<br>Poughkeepsie, New York 12601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Stretto, at http://case.stretto.com/barneys.  Further |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819).  The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

KE 64936636

information may be obtained via email at barneys@stretto.com, or by calling (855) 202-8711 (for domestic or Canadian callers), or internationally at (949) 346-3310.

**I.    Matters To Be Heard.**

1. ***Creditor Matrix* Motion.** Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information for the Debtors' Employees, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 4].

    Objection Deadline: August 28, 2019 at 4:00 p.m. (prevailing Eastern Time).

    Formal Responses Received: None.

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information for the Debtors' Employees, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 50].

    B.  Notice of Second Day Hearing [Docket No. 67].

    C.  Notice of Adjournment of Final Hearing on Creditor Matrix Motion to October 23, 2019, at 10:30 a.m. (prevailing Eastern Time) [Docket No. 242].

    D.  Notice of Cancellation of October 23, 2019 Hearing and Adjournment of Final Hearing on Creditor Matrix Motion to October 31, 2019, at 10:30 A.M. (Prevailing Eastern Time) [Docket No. 378].

    Status: The hearing on this matter is going forward.

2. ***Bidding Procedures* Motion.** Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 91].

    Objection Deadline: August 19, 2019 at 4:00 p.m. (prevailing Eastern Time)

<u>Formal Responses Received</u>:

A. Limited Objection to Debtors' Motion to Establish Bidding Procedures for the Sale of Substantially All of the Debtors' Assets [Docket No. 139].

B. Objection of the Chubb Companies with Respect to the (I) Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale, and (II) Sale [Docket No. 402].

C. Conditional Objection and Reservation of Rights of New York-New Jersey Regional Joint Board, Affiliated with Workers United, to Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Further Relief [Docket No. 476].

D. Comenity Capital Bank's Limited Objection and Reservation of Rights with Respect to Debtors' Sale of Assets [Docket No. 477].

E. Statement of the Official Committee of Unsecured Creditors Regarding the Sale of Substantially All of the Debtors' Assets and Reservation of Rights [Docket No. 480].

<u>Related Documents</u>:

F. Debtors' Ex Parte Motion for Entry of an Order (I) Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Motion and (II) Granting Related Relief [Docket No. 87].

G. Omnibus Order Shortening the Notice and Objection Period for the Debtors' Bidding Procedures Motion and (II) Granting Related Relief [Docket No. 95].

H. Notice of Filing of Revised Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 144].

I. Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 156].

J. Notice of Filing of Revised Bidding Procedures [Docket No. 200].

K. Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [Docket No. 329].

L.     Supplemental Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [Docket No. 339].

M.     Notice of Entry into Stalking Horse Purchase Agreement and Related Deadlines under the Bidding Procedures [Docket No. 356].

N.     Notice of Revised Bid Deadline, Auction, and Objection Deadline Regarding the Sale Process [Docket No. 377].

O.     Notice of Cancellation of Auction [Docket No. 418].

P.     Notice of Filing of Order Authorizing (I) Entry into and Performance Under the Asset Purchase Agreement and Agency Agreement, (II) Sale of the Debtors Assets, and (III) Granting Related Relief [Docket No. 470].

Status: The hearing on this matter is going forward.

Dated: October 30, 2019
New York, New York

*/s/ Joshua A. Sussberg, P.C.*
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

-and-

Steven J. Reisman
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone:     (212) 940-8800
Facsimile:     (212) 940-8776

*Co-Counsel for the Debtors and Debtors in Possession*