Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

Steven J. Reisman
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone:   (212) 940-8800
Facsimile:   (212) 940-8776

*Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**NOVEMBER 20, 2019 AT 10:30 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   November 20, 2019, at 10:30 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Cecelia G. Morris
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10022

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Stretto, at http://case.stretto.com/barneys. Further

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 660 Madison Avenue, 9th Floor, New York, NY 10065.

19-36300-cgm    Doc 535    Filed 11/18/19    Entered 11/18/19 19:07:23    Main Document
Pg 2 of 4

information may be obtained via email at barneys@stretto.com, or by calling (855) 202-8711 (for domestic or Canadian callers), or internationally at (949) 346-3310.

**I.   Matters To Be Heard.**

1. ***Exclusivity Extension Motion.*** Debtors' Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 509].

   Objection Deadline: November 18, 2019 at 4:00 p.m. (prevailing Eastern Time).

   Formal Responses Received: None.

   Related Documents: None.

   Status: The hearing on this matter is going forward.

2. ***Motion to Shorten Notice.*** Debtors' Motion for Entry of an Order (I) Shortening the Notice and Objection Period for the Debtors' Administrative Bar Date Motion and (II) Granting Related Relief [Docket No. 531].

   Objection Deadline: November 18, 2019 at 4:00 p.m. (prevailing Eastern Time).

   Formal Responses Received: None.

   Related Documents: None.

   Status: The hearing on this matter is going forward.

3. ***Administrative Bar Date Motion.*** Debtors' Motion for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims Against Certain Debtors, (II) Establishing Administrative Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative Claims, (IV) Approving Notice of the Administrative Claim Bar Date, and (V) Granting Related Relief [Docket No. 530].

   Objection Deadline: November 18, 2019 at 4:00 p.m. (prevailing Eastern Time).

   Formal Responses Received: None.

   Related Documents:

    A.    Debtors' Motion for Entry of an Order (I) Shortening the Notice and Objection Period for the Debtors' Administrative Bar Date Motion and (II) Granting Related Relief [Docket No. 531].

Status: The hearing on this matter is going forward.

4.    ***Rejection Motion.*** Debtors' Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Nonresidential Real Property, Effective as of the Rejection Date, and (B) Abandonment of Any Personal Property Related Thereto, and (II) Granting Related Relief [Docket No. 503].

Objection Deadline: November 18, 2019 at 4:00 p.m. (prevailing Eastern Time)

Formal Responses Received:

    A.    Response of The Building at 575 Fifth Office Owner LLC to Debtors Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Nonresidential Real Property, Effective as of the Rejection Date, and (B) Abandonment of any Personal Property Related Thereto, and (II) Granting Related Relief and Cross-Motion to Compel Payment of Post-Petition Rent Pursuant to 11 U.S.C § 365(d)(3) [Docket No. 533].

Related Documents:

    B.    Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Nonresidential Real Property, Effective as of the Rejection Date, and (B) Abandonment of any Personal Property Related thereto, and (II) Granting Related Relief [Docket No. 504].

    C.    Amended Notice of Hearing on Debtors' Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Nonresidential Real Property, Effective as of the Rejection Date, and (B) Abandonment of any Personal Property Related Thereto, and (II) Granting Related Relief [Docket No. 505].

Status: The hearing on this matter is going forward.

| | |
|---|---|
| Dated: November 18, 2019<br>New York, New York | */s/ Joshua A. Sussberg*<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Chad J. Husnick, P.C.<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>-and-<br><br>Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:    (212) 940-8800<br>Facsimile:    (212) 940-8776<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

4