Hearing Date:  December 18, 2019 at 9:00 a.m. (prevailing Eastern Time)
Objection Deadline:  December 9, 2019 at 4:00 p.m. (prevailing Eastern Time)

| | |
|---|---|
| Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900 | Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:   (212) 940-8800<br>Facsimile:    (212) 940-8776 |

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING**
**ON FIRST INTERIM FEE APPLICATIONS**
**OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT**
**OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the period August 6, 2019, through September 30, 2019 (the "First Interim Fee Applications") filed

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819).  The location of the Debtors' service address is 660 Madison Avenue, 9th Floor, New York, NY 10065.

by certain professionals retained in the above-captioned chapter 11 cases of Barneys New York, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court"), 355 Main Street, Poughkeepsie, New York 12601, on **December 18, 2019, at 9:00 a.m.**, **prevailing Eastern Time** or as soon thereafter as counsel may be heard. The First Interim Fee Applications and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| **Debtor Professionals** | | | |
| Katten Muchin Rosenman LLP [Docket No. 524] | Counsel to the Debtors | $77,025.50 | $579.69 |
| Kirkland & Ellis LLP [Docket No. 534] | Counsel to the Debtors | $2,954,099.00 | $168,469.87 |
| **Official Committee of Unsecured Creditors Professionals** | | | |
| Pachulski Stang Ziehl & Jones LLP [Docket No. 521] | Counsel to the Official Committee of Unsecured Creditors | $406,925.00 | $18,651.15 |
| AlixPartners, LLP [Docket No. 522] | Financial Advisors to the Official Committee of Unsecured Creditors | $651,595.75 | $1,588.19 |

**PLEASE TAKE FURTHER NOTICE** that the First Interim Fee Applications were filed with the Court on or before November 18, 2019. Copies of the First Interim Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://cases.stretto.com/barneys. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection") to the First Interim Fee Applications and the relief requested therein shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the *Final Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. 207] (the "Case Management Order") approved by this Court, shall set forth the basis for the Objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with a hard copy delivered directly to chambers pursuant to Local Bankruptcy Rule 9070-1 and served so as to be actually received no later than **December 9, 2019, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline")—on each of the parties on the Service List (as defined in the Case Management Order), including:

a. Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Edward O. Sassower, P.C., Esq. and Joshua A. Sussberg, P.C., Esq.) and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: Chad J. Husnick, P.C., Esq. and W. Benjamin Winger, Esq.), the attorneys for the Debtors;

b. The United States Trustee for the Southern District of New York, 11A Clinton Avenue, Room 620, Albany, New York 12207 (Attn: Alicia M. Leonhard, Esq.);

c. Pachulski Stang Ziehl & Jones, 780 Third Avenue, New York, NY 10017 (Attn: Robert J. Feinstein, Esq. and Bradford J. Sandler, Esq.), the attorneys to the Official Committee of Unsecured Creditors;

d. All Affected Entities (as defined in the Case Management Order); and

e. All parties on the Master Service List (as defined in the Case Management Order);

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed and served with respect to the First Interim Fee Applications in accordance with this notice, the Debtors shall submit an order to the Court after the Objection Deadline, which the Court may enter, granting the First Interim Fee Applications, with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

Dated:  November 19, 2019
New York, New York

/s/ Joshua A. Sussberg
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

-and-

Steven J. Reisman
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776

*Co-Counsel for the Debtors and Debtors in Possession*