Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | Case No. 19-36300 (CGM) |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) THE ADEQUACY OF THE DISCLOSURE STATEMENT; (II) SOLICITATION AND NOTICE PROCEDURES; (III) THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH; AND (IV) CERTAIN DATES WITH RESPECT THERETO**

The Official Committee of Unsecured Creditors (the "Committee") of Barneys New York, Inc., *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"), hereby files this limited objection and reservation of rights (this "Limited Objection") to the *Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement; (II) Solicitation and Notice Procedures; (III) the Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto* [Docket No. 529] (the "DS Motion")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

and the *Disclosure Statement for the Joint Chapter 11 Plan of Barneys New York, Inc. and Its Debtor Affiliates* [Docket No. 528], as revised pursuant to the *Notice of Filing Revised Disclosure Statement for the Joint Chapter 11 Plan of Barneys New York, Inc. and Its Debtor Affiliates* [Docket No. 579] (the "Disclosure Statement").[2] In support of this Limited Objection, the Committee respectfully states as follows:

## BACKGROUND

1. On August 6, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2. On August 15, 2019, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. The Committee consists of the following seven (7) members: (i) Simon Property Group, L.P., (ii) Flagship 660 Owner LLC & Flagship Partners II LLC, (iii) PRADA USA Corp., (iv) New York-New Jersey Regional Joint Board, affiliated with Workers United, (v) Hilldun Corporation, (vi) Chloe, a division of Richemont North America, Inc., and (vii) CSS Building Services.

3. The Committee is actively engaged in discussions with the Debtors regarding the Committee's substantial concerns with and objections to the Disclosure Statement and the DS Motion. Through these discussions, the Debtors and the Committee are working towards a resolution that will provide for a consensual Plan process and resolve all of the Committee's

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement.

objections to the Disclosure Statement and DS Motion. To date, however, no final agreement has been reached between the Debtors and the Committee.

## **RESERVATION OF RIGHTS**

4.  As noted above, the Committee continues to work towards a consensual resolution of its objections to the DS Motion and Disclosure Statement with the Debtors. However, out of an abundance of caution, the Committee files this Limited Objection to reserve all rights to raise issues and objections at or prior to the hearing on the DS Motion and approval of the Disclosure Statement, including but not limited to object to the DS Motion, Solicitation Procedures, or Disclosure Statement.

Dated: December 16, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Robert J. Feinstein*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) Case No. 19-36300 (CGM) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On December 16, 2019, I caused to be served a true and correct copy of the *Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving (I) The Adequacy of the Disclosure Statement; (II) Solicitation and Notice Procedures; (III) The Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto* to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 575 Fifth Avenue, New York, New York 10017.

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on December 16, 2019 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| 1-15 EAST OAK STREET, LLC, C/O THOR EQUITIES | ATTN: LEGAL | JXENITELIS@THOREQUITIES.COM |
| 194 ATLANTIC LLC | ATTN: JEFFREY C. CHANCAS | JCHANCAS@BORAHGOLDSTEIN.COM |
| ADAM L. ROSEN PLLC | ATTN.: ADAM L. ROSEN | ADAM.ROSEN@ALRCOUNSEL.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALBATRANS, INC AND SAVINO DEL BENE USA | ATTN: TRACY L. KLESTADT | TKLESTADT@KLESTADT.COM |
| ALLEN ISD | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| ARKANSA SOFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| AT&T SERVICES, INC. | ATTN: C. NICOLE GLADDEN MATHEWS | GN235Y@ATT.COM |
| AZZEDINE ALAIA | ATTN: LEGAL | PATRICIA.CARRY@ALAIA.FR |
| AZZEDINE ALAIA SAS AND CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: JOSHUA LIPMAN | JOSHUA.LIPMAN@RICHEMONT.COM |
| AZZEDINE ALAIA SAS AND CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: LORENZO MARINUZZI & ERICA J RICHARDS | LMARINUZZI@MOFO.COM; ERICHARDS@MOFO.COM |
| BAL HARBOUR SHOPS, LLC | C/O GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | JFLAXER@GOLENBOCK.COM; MWEINSTEIN@GOLENBOCK.COM |
| BALENCIAGA AMERICA, INC. | ATTN: LEGAL | DANIEL.BYRNES@KERING.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| BARTON LLP | ATTN.: ERIC W. SLEEPER, ESQ | ESLEEPER@BARTONESQ.COM |
| BRF FINANCE CO., LLC, BRIGADE CAPITAL MANAGEMENT, LP, AND GACP FINANCE CO., LLC | ATTN: SIDNEY P. LEVINSON, MICHAEL C. SCHNEIDEREIT, AND JEREMY D. EVANS | SLEVINSON@JONESDAY.COM; MSCHNEIDEREIT@JONESDAY.COM; JDEVANS@JONESDAY.COM |
| BROOKFIELD PROPERTY REIT INC., AS AGENT | ATTN: KRISTEN N. PATE | BK@BROOKFIELDPROPERTYRETAIL.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| BURBERRY (WHOLESALE) LIMITED | ATTN: DEREK J. FAMULARI | DEREK.FAMULARI@BURBERRY.COM |
| BURBERRY (WHOLESALE) LIMITED | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| CANADA GOOSE US, INC. | ATTN: LEGAL | CRENFREY@CANADAGOOSE.COM |
| CELINE INC. | ATTN: LEGAL | LUC.FERRIERE@LVMHFASHION.COM |
| CHANEL | ATTN: LEGAL | KAREN.ALBRECHT@CHANELUSA.COM |
| CHLOÉ INC. | ATTN: LEGAL | CLEMENCE.ASARIA@CHLOE.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: ALEXA GEOVANOS | ALEXA.GEOVANOS@CHLOE.COM |
| CHLOE, A DIVISION OF RICHEMONT NORTH AMERICA, INC | ATTN: JOSHUA LIPMAN | JOSHUA.LIPMAN@RICHEMONT.COM |
| CHOATE, HALL & STEWART LLP | ATTN: KEVIN J. SMARD & MARK SILVA | MSILVA@CHOATE.COM; KSIMARD@CHOATE.COM |
| CL US DISTRIBUTION CORPORATION | ATTN: DAVID M. BANKER | DBANKER@MMWR.COM |
| CL US DISTRIBUTION CORPORATION | ATTN: LEGAL | J.JIANG@US.CHRISTIANLOUBOUTIN.COM |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER, MELISSA S. WOODS, AND THOMAS M. KENNEDY | RSELTZER@CWSNY.COM MWOODS@CWSNY.COM TKENNEDY@CWSNY.COM |
| COMENITY CAPITAL BANK | ATTN: JAMES H. HAITHCOCK, III | JHAITHCOCK@BURR.COM |
| COMENITY CAPITAL BANK | ATTN: RICHARD A. ROBINSON AND J. CORY FALGOWSKI | RRROBINSON@BURR.COM; JFALGOWSKI@BURR.COM |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| CP FASHION GROUP, INC | ATTN: FRANCESCO DI PIETRO | FDIPIETRO@MOSESSINGER.COM |
| CSS BUILDING SERVICES | ATTN: DAVID H. STEIN AND MEREDITH I. FRIEDMAN | DSTEIN@WILENTZ.COM; MFRIEDMAN@WILENTZ.COM |
| CSS BUILDING SERVICES | ATTN: VIC TARTARA, COO | VTARTARA@CSSBUILDINGSERVICES.COM |
| DAVID PIRROTTA DISTRIBUTION, INC | ATTN: ROSENDO GONZALEZ | ROSSGONZALEZ@GONZALEZPLC.COM |
| DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON AND DANIEL E. STROIK | SLEVINSON@DEBEVOISE.COM DESTROIK@DEBEVOISE.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@DELAWARE.GOV |
| ETOILLE 660 MADISON LLC | ATTN: LEGAL | TEDH@JSRELLC.COM |
| FAEGRE BAKER DANIELS LLP | ATTN.: GEORGE R. MESIRES | GEORGE.MESIRES@FAEGREBD.COM |
| FARRELL FRITZ, P.C | ATTN.: VERONIQUE A. URBAN PATRICK COLLINS | VURBAN@FARRELLFRITZ.COM PCOLLINS@FARRELLFRITZ.COM |
| FEDEX | ATTN: LEGAL | CHRISTIE.BURNS@FEDEX.COM |
| FLAGSHIP 660 OWNER, LLC AND FLAGSHIP PARTNERS II, LLC | ATTN: ROBERT CAYRE | BOBC@CAYRE.COM |
| FLAGSHIP 660 OWNER, LLC AND FLAGSHIP PARTNERS II, LLC | ATTN: PAUL M. BASTA, JACOB A. ADLERSTEIN, AND SAMUEL E. LOVETT | PBASTA@PAULWEISS.COM; JADLERSTEIN@PAULWEISS.COM; SLOVETT@PAULWEISS.COM |
| FOX ROTHSCHILD LLP | ATTN.: KATHLEEN M. AIELLO BRIAN L. SHAW | KAIELLO@FOXROTHSCHILD.COM BSHAW@FOXROTHSCHILD.COM |
| FOX SWIBEL LEVIN & CARROLL LLP | ATTN.: SUJ M. PANDYA MARGARET M. ANDERSON | SPANDYA@FOXSWIBEL.COM PANDERSON@FOXSWIBEL.COM |
| GGR US LLC | ATTN: LEGAL | VERONICA.NANNI@GGR-DISTRIBUTION.COM |
| GGR US, LLC | ATTN: CATHERINE E. YOUNGMAN | CYOUNGMAN@FOXROTHSCHILD.COM |
| GGR US, LLC | ATTN: LEONARD BUDOW | LBUDOW@FOXROTHSCHILD.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GIVENCHY CORPORATION/LVMH | ATTN: LEGAL | LUC.FERRIERE@LVMHFASHION.COM |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | ATTN: JONATHAN L. FLAXER AND MICHAEL S. WEINSTEIN | JFLAXER@GOLENBOCK.COM MWEINSTEIN@GOLENBOCK.COM |
| GONZALEZ & GONZALEZ LAW, P.C. | ATTN: ROSENDO GONZALEZ AND ZACHARY I. GONZALEZ | ROSSAONZALEZQAONZALEZPLC.COM ZIA@AONZALEZPLC.COM |
| GOOGLE INC. | ATTN: LEGAL | JO.KERI@GOOGLE.COM |
| GOOGLE INC. | ATTN: LEGAL | JO.KERI@GOOGLE.COM |
| GRAFICHE MILANI S.P.A. | ATTN: DOUGLAS J. PICK | DPICK@PICKLAW.NET |
| GRIFFIN HAMERSKY LLP | ATTN: MICHAEL D. HAMERSKY | MHAMERSKY@GRIFFLEGAL.COM |
| GUCCI | ATTN: LEGAL | DANIEL.BYRNES@KERING.COM |
| GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER AND TREVOR HOFFMANN | DROSNER@GOULSTONSTORRS.COM THOFFMAN@GOULSTONSTORRS.COM |
| HANSON BRIDGETT LLP | ATTN.: NANCY J. NEWMAN | NNEWMAN@HANSONBRIDGETT.COM |
| HILLDUN CORPORATION | ATTN: BRUCE S. NATHAN AND MYLES R. MACDONALD | BNATHAN@LOWENSTEIN.COM; MMACDONALD@LOWENSTEIN.COM |
| HILLDUN CORPORATION | ATTN: GARY WASSNER | GARY@HILLDUN.COM |
| HUGHES HUBBARD & REED LLP | ATTN.: CHRISTOPHER GARTMAN, ESQ. | CHRIS.GARTMAN@HUGHESHUBBARD.COM |
| HUNZIKER, JONES & SWEENEY, P.A. | ATTN: MICHAEL J. SWEENEY | MSWEENEY@HJSLAWOFFICE.COM |
| INTERNATIONAL BUSINESS MACHINES | ATTN: RODRIGO ALONSO RODRIGUEZ GONZALEZ | ALONSORG@MX1.IBM.COM |
| ISABEL MARANT | ATTN: ADAM L. ROSEN | ADAM.ROSEN@ALRCOUNSEL.COM |
| ISAIA CORP | ATTN: LEGAL | ANTHONY.BOZZI@ISAIA.IT |
| JENEL MANAGEMENT | ATTN: JACK DUSHEY | JD@JENEL.NET |
| KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE AND MAEGHAN J. MCLOUGHLIN | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; MMCLOUGHLIN@KELLEYDRYE.COM |
| KERING AMERICAS, INC. | ATTN: GILBERT R. SAYDAH, JR. | GSAYDAH@MMWR.COM |
| LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS | GILLAZARUS@GMAIL.COM |
| LITTLER MENDELSON P.C. | ATTN: KAROL K. DENNISTON | KAROL.DENNISTON@SQUIREPB.COM |
| LITTLER MENDELSON P.C. | ATTN: TRAVIS A. MCROBERTS | TRAVIS.MCROBERTS@SQUIREPB.COM |
| LOCKE LORD LLP | ATTN: CASEY B. HOWARD | CHOWARD@LOCKELORD.COM |
| LOEWE LLC | ATTN: LEGAL | LUC.FERRIERE@LVMHFASHION.COM |
| LVMH MOET HENNESSY LOUIS VUITTON INC., AND EACH OF ITS AFFILIATED BRANDS | ATTN: SETH H. LIEBERMAN AND MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| MANOLO BLAHNIK USA, LTD | ATTN: LEGAL | TONY@MANOLOBLAHNIKUSA.COM |
| MANZANITA US GP LLC AND ITS ADVISOR MANZANITA CAPITAL UK LLP, ON BEHALF OF DIPTYQUE DISTRIBUTION USA LLC, BYREDO US INC., SPACE BRANDS USA LLC, | ATTN: STEPHANIE WICKOUSKI AND LAITH HAMDAN | STEPHANIE.WICKOUSKI@BCLPLAW.COM; LAITH.HAMDAN@BCLPLAW.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| KEVYN AUCOIN BEAUTY INC., AND MALIN + GOETZ INC. | | |
| MARGIELA USA, INC | ATTN: HARLAN M. LAZARUS | HLAZARUS@LAZARUSANDLAZARUS.COM |
| MARGIELA USA, INC | ATTN: LEGAL | KENNY_KALIPERSHAD@STAFFINTERNATIONAL.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| MCCUE SUSSMANE ZAPFEL & COHEN P.C. | ATTN: KENNETH SUSSMANE | KSUSSMANE@MSZPC.COM |
| MEISTER SEELIG & FEIN LLP | ATTN.: CHRISTOPHER J. MAJOR, ESQ. JAMES M. RINGER, ESQ. | CJM@MSF-LAW.COM JMR@MSF-LAW.COM |
| MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL | | MIAG@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN.: KAITLIN R. WALSH, ESQ. ANDREW LEVIN, ESQ. | KRWALSH@MINTZ.COM ABLEVIN@MINTZ.COM |
| MONCLER USA, INC | ATTN: JOSEPH T. MOLDOVAN AND DAVID J. KOZLOWSKI | BANKRUPTCY@MORRISONCOHEN.COM |
| MONCLER USA, INC | ATTN: A/R & CREDIT DPT, KRESO MIKUS | VALENTINA.PRETTO@MONCLER.COM; KRESO.MIKUS@MONCLER.US |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI AND ERICA J. RICHARDS | LMARINUZZI@MOFO.COM ERICHARDS@MOFO.COM |
| MPH PACIFIC PLACE, LLC | ATTN: DOUGLAS J. PICK | DPICK@PICKLAW.NET |
| NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, AFFILIATED WITH WORKERS UNITED | ATTN: FRED KAPLAN, SECRETARY-TREASURER | FKAPLAN@WORKERSUNITEDNYNJ.ORG |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | NDAG@ND.GOV |
| NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG AND FRANCISCO VAZQUEZ | DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM FRANCISCO.VAZQUEZ@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA | 441 4TH ST NW | OAG@DC.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA LEONHARD AND LISA M. PENPRAZE | ALICIA.M.LEONHARD@USDOJ.GOV |
| OWENSCORP ITALIA S.P.A. | ATTN: LEGAL | LUCA.RUGGERI@OWENSCORP.COM |
| PITNEY BOWES, INC AND BORDERFREE, INC | ATTN: EDWARD J. LOBELLO | ELOBELLO@MSEK.COM |
| PRADA | ATTN: LEGAL | AIMEE.NSANG@PRADA.COM |
| PRADA | ATTN: LEGAL | AIMEE.NSANG@PRADA.COM |
| PRADA USA CORP | ATTN: DAVID R. WARREN, VP/GENERAL COUNSEL | DAVID.WARREN@PRADA.COM |
| RAG & BONE | ATTN: LEGAL | CREDIT@RAG-BONE.COM |
| RAKUTEN MARKETING FORMERLY LINKSHARE CORP. | ATTN: LEGAL | SHANNON.LE@RAKUTEN.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| RAKUTEN MARKETING FORMERLY LINKSHARE CORP. | ATTN: LEGAL | SHANNON.LE@RAKUTEN.COM |
| RETAIL FUNDING (BNY), LLC | ATTN: CHRIS DICKERSON AND BRENDAN M. GAGE | CHRISDICKERSON@PAULHASTINGS.COM; BRENDANGAGE@PAULHASTINGS.COM |
| RETAIL FUNDING (BNY), LLC | ATTN: MICHAEL E. COMERFORD | MICHAELCOMERFORD@PAULHASTINGS.COM |
| RHE CONTAINER COMPANY, INC | ATTN: MICHAEL J. SWEENEY | MSWEENEY@HJSLAWOFFICE.COM |
| RIEMER & BRAUNSTEIN LLP | ATTN: DONALD E. ROTHMAN | DROTHMAN@RIEMERLAW.COM |
| RIEMER & BRAUNSTEIN LLP | ATTN: STEVEN E. FOX | SFOX@RIEMERLAW.COM |
| SABBADINI S.R.L. | ATTN: JAMES B. GLUCKSMAN | JBGLUCKSMAN@RATTETLAW.COM |
| SABBADINI S.R.L. | ATTN: ROBERT L. RATTET | RRATTET@RATTETLAW.COM |
| SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS | ADAM.HARRIS@SRZ.COM |
| SESSIONM, INC | ATTN: EVELYN J. MELTZER | MELTZERE@PEPPERLAW.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| SHISEIDO COSMETICS | ATTN: LEGAL | JCOHEN@SAC.SHISEIDO.COM |
| SIMON PROPERTY GROUP, LP | ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| STOCKTON STREET PROPERTIES | ATTN: BRIAN TRUST, JOAQUIN M. C DE BACA, AND YOUMI KIM | BTRUST@MAYERBROWN.COM; JCDEBACA@MAYERBROWN.COM; YKIM@MAYERBROWN.COM |
| STOCKTON STREET PROPERTIES, INC. | ATTN: LORI COLEMAN | LORI.COLEMAN@MADISONMARQUETTE.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: DOUGLAS B. ROSNER | DROSNER@GOULSTONSTORRS.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: LEGAL | MATTP@575FIFTH.COM |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC | ATTN: TREVOR R. HOFFMANN | THOFFMANN@GOULSTONSTORRS.COM |
| THE MACERICH COMPANY | ATTN: DUSTIN P. BRANCH | BRANCHD@BALLARDSPAHR.COM |
| THE ROW LLC | ATTN: LEGAL | JAN.KAPLAN@THEROW.COM |
| THOR ASB 1-15 EAST OAK STREET, LLC | ATTN: JAMILA JUSTINE WILLIS | JAMILA.WILLIS@DLAPIPER.COM |
| THOR ASB 1-15 EAST OAK STREET, LLC | ATTN: RICHARD M. KREMEN AND KRISTY N. GRACE | RICHARD.KREMEN@DLAPIPER.COM; KRISTY.GRACE@DLAPIPER.COM |
| TPG SPECIALTY LENDING, INC | ATTN: ADAM C. HARRIS, KRISTINE G. MANOUKIAN AND KELLY V. KNIGHT | ADAM.HARRIS@SRZ.COM; KRISTINE.MANOUKIAN@SRZ.COM; KELLY.KNIGHT@SRZ.COM |
| TR APPAREL, LLC DBA THE ROW | ATTN: MALANI J. CADEMARTORI | MCADEMARTORI@SHEPPARDMULLIN.COM |
| TRIBECA DESIGN STUDIO LLC | ATTN: LEGAL | SHIRA@NILILOTAN.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | UAG@AGUTAH.GOV |
| VALOTIS & NOVELLA PLLC | ATTN.: ANTHONY J. NOVELLA, ESQ. KATIE L. BIRELEY, ESQ. | ANOVELLA@ALMAREALTY.COM KBIRELEY@ALMAREALTY.COM |
| VERMONT ATTORNEY GENERAL'S OFFICE | | AGO.INFO@VERMONT.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: DONALD E. ROTHMAN | DROTHMAN@RIEMERLAW.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: KEVIN J. SIMARD AND JONATHAN D. MARSHALL | KSIMARD@CHOATE.COM; JMARSHALL@CHOATE.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: STEVEN E. FOX | SFOX@RIEMERLAW.COM |
| YVES SAINT LAURENT AMERICA, INC. | ATTN: LEGAL | DANIEL.BYRNES@KERING.COM |

# EXHIBIT 2

**Service by First Class U.S. Mail**

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>ATTN: ALICIA LEONHARD<br>11A CLINTON AVENUE, ROOM 620<br>ALBANY, NEW YORK 12207 | STOCKTON STREET PROPERTIES, INC.<br>ATTN: DAVID BRAINERD<br>MPH PACIFIC PLACE LLC<br>600 PINE STREET, SUITE 228<br>SEATTLE, WA 98101 |
| GGR US LLC<br>ATTN: LEGAL DEPT. 3486<br>24 E 64TH ST<br>NEW YORK, NY 10065 | STOCKTON STREET PROPERTIES, INC.<br>ATTN: LEGAL<br>PO BOX 847130<br>DALLAS, TX 75284-7130 |
| THE BUILDING AT 575 FIFTH OFFICE OWNER LLC<br>ATTN: LEGAL<br>C/O BEACON CAPITAL PARTNERS<br>200 STATE STREET, 5TH FLOOR<br>BOSTON, MA 02109 | CANADA GOOSE US, INC.<br>ATTN: LEGAL<br>250 BOWIE AVE<br>TORONTO ON M6E 4Y2<br>CANADA |
| LOEWE LLC<br>ATTN: LEGAL<br>33127 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0331 | THE BUILDING AT 575 FIFTH OFFICE OWNER LLC<br>ATTN: LEGAL<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| CHLOE<br>ATTN: LEGAL<br>DIVISION OF RICHEMONT NORTH AMERICA<br>PO BOX 417988<br>BOSTON, MA 02241-7988 | CITY OF NEW YORK<br>C/O ZACHARY W. CARTER, CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>ATTN: BERNADETTE BRENNAN<br>100 CHURCH STREET<br>NEW YORK, NY 10007 |
| SHISEIDO COSMETICS<br>ATTN: LEGAL<br>PO BOX 7247-8480<br>PHILADELPHIA, PA 19170-8480 | GIVENCHY CORPORATION/LVMH<br>ATTN: LEGAL<br>19 EAST 57TH STREET<br>NEW YORK, NY 10022 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | |