| | |
|---|---|
| Edward O. Sassower, P.C. | Steven J. Reisman |
| Joshua A. Sussberg, P.C. | **KATTEN MUCHIN ROSENMAN LLP** |
| **KIRKLAND & ELLIS LLP** | 575 Madison Avenue |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | New York, New York 10022 |
| 601 Lexington Avenue | Telephone: (212) 940-8800 |
| New York, New York 10022 | Facsimile: (212) 940-8776 |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | |

-and-

Chad J. Husnick, P.C.
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARNEYS NEW YORK, INC., *et al.*,[1] | ) | Case No. 19-36300 (CGM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**DECEMBER 18, 2019, AT 9:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   December 18, 2019, at 9:00 a.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Cecelia G. Morris
United States Bankruptcy Court for the Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Stretto, at http://case.stretto.com/barneys. Further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Barneys New York, Inc. (1818); Barney's Inc. (2980); BNY Catering, Inc. (4434); BNY Licensing Corp. (4177); and Barneys Asia Co. LLC (0819). The location of the Debtors' service address is 660 Madison Avenue, 9th Floor, New York, NY 10065.

information may be obtained via email at barneys@stretto.com, or by calling (855) 202-8711 (for domestic or Canadian callers), or internationally at (949) 346-3310.

**I. Matters To Be Heard.**

1. *Disclosure Statement Motion.* Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement; (II) Solicitation and Notice Procedures; (III) Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto [Docket No. 529].

   Objection Deadline: December 12, 2019 at 4:00 p.m. (prevailing Eastern Time).

   Formal Responses Received:

   A. Fedex Corporate Services, Inc.'s Objection to Revised Disclosure Statement for the Joint Chapter 11 Plan of Barneys New York and Its Debtor Affiliates [Docket No. 587].

   B. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement; (II) Solicitation and Notice Procedures; (III) the Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto [Docket No. 593].

   Related Documents:

   C. Joint Chapter 11 Plan of Barneys New York, Inc. and Its Debtor Affiliates [Docket No. 527].

   D. Disclosure Statement for the Joint Chapter 11 Plan of Barneys New York, Inc. and Its Debtor Affiliates [Docket No. 528].

   E. Notice of Filing Revised Disclosure Statement for the Joint Chapter 11 Plan of Barneys New York, Inc. and Its Debtor Affiliates [Docket No. 579].

   F. Debtors' Reply to Objection to the Debtors' Disclosure Statement [Docket No. 595].

   G. Notice of Filing (I) Revised Disclosure Statement for the Joint Chapter 11 Plan of Barneys New York, Inc. and Its Debtor Affiliates and (II) Revised Joint Chapter 11 Plan of Barney's New York, Inc. and Its Debtor Affiliates [Docket No. 596].

   Status: The hearing on this matter is going forward.

2. ***Katten Muchin First Interim Fee Application.*** First Interim Fee Application of Katten Muchin Rosenman LLP, as Conflicts Counsel for Debtors, for the Period from August 6, 2019 Through and Including September 30, 2019 [Docket No. 524].

Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

Formal Responses Received: None.

Related Documents:

   A. Notice of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 537].

Status: The hearing on this matter is going forward.

3. ***Kirkland & Ellis First Interim Fee Application.*** First Interim Fee Application of Kirkland & Ellis LLP And Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 6, 2019 Through and Including September 30, 2019 [Docket No. 534].

Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

Formal Responses Received: None.

Related Documents:

   A. Notice of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 537].

Status: The hearing on this matter is going forward.

4. ***Pachulski Stang First Interim Fee Application.*** First Application of Pachulski Stang Ziehl & Jones LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from August 15, 2019 Through September 30, 2019 [Docket No. 521].

Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

Formal Responses Received: None.

Related Documents:

    A.    Notice of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 537].

Status: The hearing on this matter is going forward.

5. ***AlixPartners First Interim Fee Application.*** AlixPartners, LLP's First Interim Application for the Period August 15, 2019 Through September 30, 2019 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 522].

Objection Deadline: December 9, 2019 at 4:00 p.m. (prevailing Eastern Time).

Formal Responses Received: None.

Related Documents:

    A.    Notice of Hearing on First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 537].

Status: The hearing on this matter is going forward.

## II.  **Adjourned Matters.**

1. ***FedEx Administrative Expense Claim Motion.*** FedEx Corporate Services, Inc.'s Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Pursuant to Section 503(a) and (b)(1) [Docket No. 538].

Objection Deadline: December 11, 2019 at 4:00 p.m. (prevailing Eastern Time).

Formal Responses Received:

    A.    Debtors' (I) Omnibus Response to Pending Motions for Payment of Administrative Expenses, (II) Joint Request for Scheduling Order, and (III) Reservation of Rights [Docket No. 584].

Related Documents: None.

Status: The parties have agreed to adjourn the motions until January 24, 2020 at the earliest. The Debtors have submitted a scheduling order to that effect.

2. ***SKLO Administrative Expense Claim Motion.*** Request for Payment of an Administrative Expense Claim filed by SKLO [Docket No. 542].

Objection Deadline:  December 16, 2019 at 4:00 p.m. (prevailing Eastern Time)

Formal Responses Received:

    A.    Debtors' (I) Omnibus Response to Pending Motions for Payment of Administrative Expenses, (II) Joint Request for Scheduling Order, and (III) Reservation of Rights [Docket No. 584].

Related Documents:

    A.    Notice of Hearing [Docket No. 567].

Status: The parties have agreed to adjourn the motions until January 24, 2020 at the earliest. The Debtors have submitted a scheduling order to that effect.

3. ***Ovative Administrative Expense Claim Motion.*** Motion of Ovative Group, LLC for Allowance and Payment of Post-Petition Administrative Expense Claim [Docket No. 559].

Objection Deadline:  December 11, 2019 at 4:00 p.m. (prevailing Eastern Time)

Formal Responses Received:

    A.    Debtors' (I) Omnibus Response to Pending Motions for Payment of Administrative Expenses, (II) Joint Request for Scheduling Order, and (III) Reservation of Rights [Docket No. 584].

Related Documents:  None.

Status: The parties have agreed to adjourn the motions until January 24, 2020 at the earliest. The Debtors have submitted a scheduling order to that effect.

| | |
|---|---|
| Dated:  December 16, 2019<br>New York, New York | */s/ Joshua A. Sussberg, P.C.*<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>-and-<br><br>Chad J. Husnick, P.C.<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br><br>-and-<br><br>Steven J. Reisman<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:  (212) 940-8800<br>Facsimile:   (212) 940-8776<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |