**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re: **BARNEYS NEW YORK, INC.,** *et al.*             Case No. **19-36300 (CGM)**
**Debtors**            Reporting Period: **1/1/21 - 3/31/21**

           Federal Tax I.D. No. **13-4040818**

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD
**FROM**    **1/1/2021**    **TO**    **3/31/2021**

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed::   /s/                                        Date:            5/20/2021

Chris Good
          Print Name

Plan Administrator
          Title

| QUESTIONNAIRE | | YES | NO |
|---|---|:---:|:---:|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

| INSURANCE INFORMATION | | YES | NO |
|---|---|:---:|:---:|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

None

**Estimated Date of Filing the Application for Final Decree: 6/15/2021**

# CHAPTER 11 POST-CONFIRMATION

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

|   |   | QTD Total |
|---|---|---:|
| 1. | **CASH (Beginning of Period)** | $ 832,056.61 |
| 2. | **NET INCOME or NET RECEIPTS during the Period** | $ 284,974.66 |
| 3. | **NET DISBURSEMENTS** | |
| | a. **Operating Expenses (Fees/Taxes):** | |
| | (i) U.S. Trustee Quarterly Fees | $ (80,269.91) |
| | (ii) Federal Taxes | - |
| | (iii) State Taxes | - |
| | (iv) Other Taxes | - |
| | b. **All Other Operating Expenses:** | $ (449,533.14) |
| | c. **Plan Payments:** [a] | |
| | (i) Administrative Claims | $ (30,133.22) |
| | (ii) Class One | - |
| | (iii) Class Two | - |
| | (iv) Class Three | - |
| | (v) Class Four | - |
| | **Total Net Disbursements (Operating & Plan)** [b] | $ (559,936.27) |
| 4. | **CASH (End of Period)** [c] | $ 557,095.00 |

**Note:**
Pursuant to Order Authorizing Entry Into And Performance Under The Asset Purchase Agreement And Agency Agreement, Sale Of The Debtors' Assets, and Granting Related Relief (ECF. #494) entered on November 1, 2019, substantially all assets of the Debtors were sold to the Buyer, and therefore any proceeds from and cost to liquidate the assets pertain to responsibility of the Buyer.

**Footnote:**

(a)  This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

(b)  Excludes approximately $0.1mm of disbursed funds belonging to Great American; the gross amount of disbursements per bank statements for existing operating accounts is $684,936.27; also excludes funds transferred from Professional Fee Escrow Account to Disbursement Account

(c)  Excludes funds associated with Professional Fee Escrow Account and Disbursement Account shown in page 4.

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**

| Bank Account Information | Account #1 | Account #2 | Account #3 [1] |
|---|---|---|---|
| Name of Bank: | Citibank, N.A. | Citibank, N.A. | Signature Bank |
| Account Number Ending: | 5070 | 2464 | 4656 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Professional Fee | Disbursement |
| Type of Account (e.g. checking) | Checking | Escrow | Checking |

| | Account #1 | Account #2 | Account #3 |
|---|---|---|---|
| 1. **Balance per Bank Statement** | $432,095.00 | $798,009.54 | $546,665.66 |
| 2. **ADD**: Deposits not credited | - | | |
| 3. **SUBTRACT**: Outstanding Checks | - | | ($74,421.26) |
| 4. Other Reconciling Items | - | | |
| 5. **Quarter End Balance** (Must Agree with Books) | 432,095.00 | $798,009.54 | $472,244.40 |

| Investment Account Information | | | |
|---|---|---|---|
| Bank / Account Name / Number | | | Purchase Price |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(1) $978,270.59 of funds were transferred from the escrow account for purpose of disbursements for resolved admin and priority claims; total $506,026.19 was disbursed via checks, of which $74,421.26 worth of checks were outstanding as of the quarter end