Lyndel Anne Vargas
State Bar No. 5316682
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Brink's, U.S.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| BARNEYS NEW YORK, INC.; BARNEY'S INC.; ) | |
| BNY CATERING INC.; BNY LICENSING CORP.; ) | Case No. 19-36300-CGM |
| and BARNEYS ASIA CO., ) | |
| ) | (Jointly Administered) |
| DEBTORS. ) | |

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 5100

Comes now, Brinks, Inc., by and through its counsel, and hereby WITHDRAWS Claim No. 5100 filed against Debtor Barney's New York, Inc. on January 9, 2020, as the same has been satisfied.

Respectfully submitted,

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas
State Bar No. 5316682
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Brink's, U.S.

## **CERTIFICATE OF SERVICE**

      I certify that on September 13, 2021, the foregoing document was served by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Southern District of New York on all parties-in-interest submitting to service of papers in this case by said means.

      /s/ Lyndel Anne Vargas
      Lyndel Anne Vargas