# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: BARNEYS NEW YORK, INC., et al. § Case No. 19-36300
§
§ Lead Case No. 19-36300
§
Debtor(s) § ☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021                     Petition Date: 08/06/2019

Plan Confirmed Date: 02/05/2020                     Plan Effective Date: 02/11/2020

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/Steven J. Reisman                                  Steven J. Reisman
Signature of Responsible Party                         Printed Name of Responsible Party

09/15/2021                                            Katten Muchin Rosenman LLP
Date                                                  575 Madison Avenue
                                                      New York, NY 10022-2585
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | BARNEYS NEW YORK, INC., et al. | Case No. | 19-36300 |
|---|---|---|---|

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $244,497 | $9,335,839 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $244,497 | $9,335,839 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $16,223,975 | $0 | $16,223,975 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Kirkland & Ellis | Lead Counsel | $0 | $7,093,242 | $0 | $7,093,242 |
| | ii | M-III Partners | Financial Professional | $0 | $2,412,050 | $0 | $2,412,050 |
| | iii | Houlihan Lokey | Financial Professional | $0 | $2,371,436 | $0 | $2,371,436 |
| | iv | Stretto | Other | $0 | $1,386,552 | $0 | $1,386,552 |
| | v | Pachulski Stang Ziehl & Jones | Local Counsel | $0 | $1,385,825 | $0 | $1,385,825 |
| | vi | AlixPartners | Financial Professional | $0 | $859,307 | $0 | $859,307 |
| | vii | Katten Muchin Rosenman | Co-Counsel | $0 | $438,602 | $0 | $438,602 |
| | viii | PwC | Other | $0 | $276,960 | $0 | $276,960 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $16,642 | $0 | $16,642 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Davis and Gilbert | Local Counsel | $0 | $10,000 | $0 | $10,000 |
| | ii | Skene Law Firm | Local Counsel | $0 | $4,442 | $0 | $4,442 |
| | iii | DeNicola, Seilgson, & Upton | Local Counsel | $0 | $2,142 | $0 | $2,142 |
| | iv | Kolesar & Leatham | Local Counsel | $0 | $58 | $0 | $58 |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $1,019,282 | $2,635 | $500,877 | $10,192,817 | 5% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $66,701 | $0 | $7,310 | $667,009 | 1% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name BARNEYS NEW YORK, INC., et al.                                      Case No. 19-36300

## Part 4: Questionnaire

a. Is this a final report?                                                                                       Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:  09/30/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Chris Good                                                                            Chris Good
Signature of Responsible Party                                                 Printed Name of Responsible Party

Plan Administrator                                                                      09/15/2021
Title                                                                                              Date